ROBERT LEE WOODARD
2250 MENALTO AVENUE
EAST PALO ALTO, CA 94303
TEL: (650) 325-1557
PLAINTIFF IN PRO PER

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SBA

| | |
|---|---|
| ROBERT LEE WOODARD, Plaintiff, v. CITY OF MENLO PARK, Defendant. | Case No. CV 09 3331 COMPLAINT FOR CIVIL RIGHTS VIOLATION/ EXCESSIVE FORCE |

Plaintiff alleges:

1. Plaintiff, ROBERT LEE WOODARD, is a citizen of the United States of America and a resident of the city of East Palo Alto, county of San Mateo, state of California.
2. Defendant, the city of Menlo Park is a public entity and a municipal corporation and a governmental subdivision of the state of California located in the county of San Mateo.
3. Ron Venzon, was at all times material, duly appointed, employed and an acting law enforcement officer of the city of Menlo Park

///

in the county of San Mateo, state of California.

4. This action arises under the United States Constitution, particulary the Fourth Amendment to the Constitution of the United States, and under Federal law, particulary Title 42 of the United States Code, Section 1983.

5. Jurisdiction. This Court has jurisdiction of this cause under and by virtue of Title 28 of the United States Code, Sections 1331 and 1343.

6. Venue. This Court is the appropriate venue for this cause because this cause arises in the County of San Mateo and both defendant and plaintiff are located in the County of San Mateo and because all of the events or omissions which give rise to this lawsuit occurred in San Mateo County.

7. Intradistrict Assignment. This lawsuit should be assigned to the San Franciso Division of this Court because all of the events or omissions which give rise to this lawsuit occurred in San Mateo County.

8. Plaintiff is a 56 year old male who has since age 15 suffered from a mental illness diagnosed as Paranoid Schizophrenia, because of this illness, plaintiff has a limited education and has poor communication skills. My speech tends to be very rapid and my words are slurred. Because of my speech pattern the Superior Court of San Mateo allowed my brother, James Fort to assist me so that the Court could understand what I was saying to it in my Personal Injury/Negligence lawsuit against the City

///

of Menlo Park, case number CIV 470132, that lawsuit was eventually dismissed, May 13, 2009 in the California Supreme Court for failure to comply with the Government Tort Claim Act, case number S171157.

9. The criminal case from which this lawsuit arises ended January 17, 2008, case number SM 34496A. This lawsuit for a violation of my Civil Rights under the Fourth Amendment to the U.S. Constitution and Title 42 of the United States Code, Section 1983 is filed within two years from the above date.

10. February 3, 2007, police officer, Ron Venzon, I.D. number 14591 while in his official capacity as a police officer for the City of Menlo Park and acting within the scope of his employment violated my Civil Rights under the Fourth Amendment to the U.S. Constitution and Title 42 of the United States Code, Section 1983. During the arrest he kneed me in my chest and back with such force that he collapsed one of my lungs, he kicked me in my side and face with such force that he fractured five of my ribs. Under the Fourth Amendment to the U.S. Constitution and Title 42 of the United States Code, Section 1983, police officer, Ron Venzon violated my rights to be free of violence and injury during an arrest. Officer Venzon's extremely bad and reckless behavior during the arrest caused me to spend three painful days at Stanford Hospital and to incur thousands of dollars in medical bills. A copy of the citation issued to me by officer Venzon is attached herewith and incorporated herein and a copy

///

of my medical records are attached herewith and incorporated herein and made a part of this complaint. The medical records show that after the February 3, 2007 incident I suffered a collapsed lung and five fractured ribs.

11. Police officer, Ron Venzon of the Menlo Park Police Department used unreasonable and excessive force to arrest me in violation of my Fourth Amendment rights under the U.S. Constitution and Title 42 of the United States Code, Section, 1983 to be free of violence and injury during an arrest. I did not threaten his physical safety either verbally or physically and I had no weapons. The arrest occurred Saturday, February 3, 2007 at 1108 Bay Road, East Palo Alto, CA, around 10:12 p.m., police officer Ron Venzon employed by the Menlo Park Police Department inflicted serious bodily injury upon me, for no good reason. I was walking home from my niece's house minding my own business when officer Ron Venzon pulled up beside me in an unmarked police vehicle and said he wanted to talk to me, I continued to walk toward my house on Menalto Avenue because I did not know who he was, he got out of the unmarked police vehicle and told me to stop, as he ran towards me I could see that he might be a police officer because he had a uniform on, I put my hands up and surrendered to him. While my hands were still up in the air above my head and facing him, he tackled me and threw me to the ground, officer Venzon is a big man, it looked to me that he weighed over 250 pounds, at the time I weighed 150 pounds, he kneed me in my chest and back with such

///

force that he collapsed my lung, he then kicked me in my side and face with such force that he fractured five of my ribs. After officer Venzon beat me he found the crack pipe that I had dropped and issued me a citation. I believe that that the beating may have been racially motivated and I may have been a victim of racial profiling. I am a Black American, officer Venzon is not. I had done nothing to bring attention to myself and I had done or said nothing to provoke such a vicious arrest. After officer Venzon arrested me he said that he was going to make an example of me and show the niggers around here who's the boss. Officer Venzon never told me why he wanted to talk to me in the first place, his interference in my peaceful walk home has caused me a lot of pain and suffering for no good reason that I know of. The Conduct of officer Ron Venzon has deprived me of my rights, privileges and immunities secured to me by the Fourth Amendment to the U.S. Constitution, particulary my right to be secure against unreasonable search and seizure and my right to be free from violence and injury during an arrest.

DECLARATION

I declare under penalty of Perjury of the laws of the State of California and the United States Of America that the foregoing is true and correct. Executed at East Palo Alto, California.

WHEREFORE, Plaintiff prays for such relief as is fair, just and equitable, according to proof.

Dated: July 21, 2009

Robert Lee Woodard
Robert Lee Woodard, In Pro Per

///

Notice To Appear Form Approved By Judicial Council Of California 10/1/02
Veh. Code 40500(b), 40513(b), 40522, 40600, P.C. 853.9 TR 130
Agency: **MENLO PARK** 44 Area: OTHER Misdemeanor: **Y**
**NOTICE TO APPEAR** Citation: **44182808**
Date: **SAT 02/03/2007** Time: **22:12** Case No: 07-346
Owners Responsibility: N 4 NON TRAFFIC (VC 40001)
Name: **WOODARD, ROBERT LEE**
Addr: 2250 MENALTO AV City: EAST PALO ALTO St: CA Zip: 94303
Driver Lic: N0379046 St: CA Class: Age: 54 DOB: 12061952
Sex: M Hair: BLK Eyes: BRN Ht: 5/07 Wt: 175 Race: B
Other ID: Juvenile? **N** Phone No: 650-323-0977
Vehicle Lic: St: Exp: /
Year: Make: Model: COMMERCIAL VEHICLE: **N** (VC 15210(b))
Style: Color: HAZARDOUS MATERIAL: **N** (VC 353)
Evidence of Financial Responsibility:
Registered Owner Name: ,
Addr: City: St: Zip:
Correctable Violation(CVC 40610) (Yes/No) Booking Required: **N**

| | Violation Code | Violation Description | Misd/Infrac |
|---|---|---|---|
| **N** | 11364 HS | POSSESSION OF DRUG PARAPHERNALIA | **M** |

Speed Approx: PF/Max Speed: Veh Lmt: Safe Spd: Radar:
Vio Loc: IFO 1108 BAY RD City: EAST PALO ALTO
Conditions: CLR, DARK-STREETLIGH, DRY, LIGHT
Remarks:

Const: N Over: Accident: **N**
WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME & PLACE LISTED BELOW:
Signature X
WHEN: Appear on or before: 03/20/2007 Time: at 8:30AM
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE
WHERE: BEFORE A JUDGE OR CLERK OF THE
**SUPERIOR COURT CRIMINAL DIV.**
400 County Center, Redwood City, CA 94063 650 363-4000
To Be Notified? **Y** You may arrange to appear at a night session of court: **N**
Offences not committed in my presence: certified on information and belief. **Y**
Citing: VENZON ID: 14591 Arresting: VENZON ID: 14591

[illegible] PERJURY [illegible] LAWS OF THE STATE OF CALIFORNIA THE FOREGOING IS TRUE AND CORRECT.

Arresting Officer [illegible] Date

STANFORD
HOSPITAL & CLINICS
Stanford University Medical Center

Patient Care Services
300 Pasteur Drive
Stanford, CA 94305

KEEP CHEST TUBE SITE DRESSING IN PLACE FOR 48 HRS, THEN REMOVE AND CLEAN THE SITE IN (2 DAYS) SHOWER WITH SHOWER WATER DIRECTLY ON WOUND.

**Patient's Name:** Woodard, Robert

## TRAUMATIC PNEUMOTHORAX

### WHAT YOU SHOULD KNOW:

- A traumatic (trah-mah-tik) pneumothorax (new-mo-thor-aks) is the collapse of all or part of a lung. It happens when you have an injury that allows air into the area between the lung and the chest wall. The lung deflates because the air between the lung and the chest wall prevents the lung from filling up with air when you take a breath. You may have one or more of the following symptoms if you have a traumatic pneumothorax.
    - Very bad chest pain especially when you inhale (breathe in).
    - Uneven chest if bones are broken and poking inward.
    - Trouble breathing.
    - Fast breathing.
    - Coughing.
    - Blood in your sputum (spit).
    - Fingernails, toenails, and lips may turn blue if you are not getting enough oxygen to your body.




A traumatic pneumothorax is caused by an accident of some kind. Because of this, other serious injuries to the chest, head, neck, or abdomen (belly) may have happened as well. You may have been taken to the ER after the accident causing your pneumothorax. After being treated in the ER you may be taken to the intensive care unit or another nursing unit. It may take days to weeks for the pneumothorax to heal with treatment.

**AFTER YOU LEAVE:**

- Your medicines are: Tylenol with Codeine for pain--see Lexicomp for details .
  - Always take your medicine as directed by your caregiver. If you feel it is not helping, call your caregiver. Do not quit taking it unless your caregiver tells you to.
  - Keep track of what medicines you are taking and when you take them. Bring a list of your medicines or the pill bottles when you see your caregiver(s). Learn why you take each medicine. Ask your caregiver for information about your medicines.
  - If you are taking antibiotics (an-ti-bi-ah-tiks), take them until they are all gone even if you feel better.
  - If you are taking medicine that makes you drowsy, do not drive or use heavy equipment.
- Call your caregiver in Pls follow-up in the Trauma Clinic on Tuesday. Pls call (650) 736 7102 to make the appointment. Also make an appointment to see your primary care doctor for post hospitalization follow up. days for a follow-up visit. Write down questions you have about your illness and how it is treated. This way you'll remember to ask these questions during your next visit.
- Try not to cough, sing, talk loudly, or laugh for Check with Dr. Spain on your next appointment. days. This causes increased pressure in your lungs and may cause another collapsed lung during the healing period.
- You may feel like resting more. Slowly start to do more each day. Rest when you feel it is needed.
- After the first 24 to 48 hours you can use heat to lessen pain or swelling. Heat brings blood to the injured area and helps it heal faster. Use a heating pad (turned on low), a hot water bottle or warm compresses. To make a compress, wet a small towel with warm water and wring out. Put the towel in a plastic bag and cover the bag with a thin towel. Place it on the painful area. Do this for 15 to 20 minutes out of every hour as long as you need it. Do not sleep on the heating pad or hot water bottle. This can cause a bad burn.
- Eat healthy foods from all of the 5 food groups: fruits, vegetables, breads, dairy products, meat and fish. Eating healthy foods may help you feel better and have more energy. It may also help you heal faster.
- If you do not have to limit your liquids, drink 8 to 10 (soda pop size) glasses of water each day. This helps thin the sputum (spit) so it can be coughed up more easily. Do not eat or drink foods that contain milk. Milk products may cause your sputum to become thicker.
- To keep your lungs free of infection, this exercise should be done once an hour to keep you from getting a lung infection. Do this even if you wake up during the night.
  - Deep breathing opens the tubes going to your lungs. Take a deep breath and hold the breath as long as you can. Then let out your breath. Take 10 deep breaths in a row every hour while awake.
  - You may be asked to use an incentive (in-sen-tiv) spirometer (sper-om-ih-ter). This helps you take deeper breaths. Put the plastic piece into your mouth and take a very deep breath. Hold your breath as long as you can. Then let out your breath. Use your incentive spirometer 10 times in a row every hour while awake.
- Stay away from people who have colds or the flu. Get shots to keep from getting the flu and

If you smoke, you should quit. It harms the heart, lungs, and the blood. You are more likely to have a heart attack, lung disease, and cancer if you smoke. It is never too late to quit. Not only will you help yourself but also those around you. If you have trouble quitting, talk to your caregiver about ways to quit.

**CALL the clinic or go to the nearest ER IF:**

- You have any questions or concerns about your illness or medicine.
- Your temperature is over 101 F ( 38.5 C).
- You have increased chest pain or trouble breathing.
- You have pain when you cough.
- You cough up sputum that is a yellow, green, or gray color.

**SEEK CARE IMMEDIATELY IF:**

- You have sharp, sudden chest pain and trouble breathing. You may also have a dry cough with these signs. These symptoms may mean you have a collapsed lung. This is an emergency. **Call 911 or 0 (operator)**. Do no drive yourself.

1974-2007 Thomson MICROMEDEX. All rights reserved.

**TRAUMATIC PNEUMOTHORAX - Discharge Care, English**
**Tuesday, February 6, 2007 9:30:36 AM**

MRN: Visit: DocType:

DIAGNOSTIC RADIOLOGY
Stanford Hospital and Clinics
Stanford, California 94305

Page 1

Name: WOODARD, ROBERT L
Accession: 3184969
MRN: 0286428-8 Acct: 020008283242 Sex: M Patient Type: E
DOB: 12/06/1952 Age: 54 Req by: Kelly P. Murphy, M.D.
Date: 02/04/2007 Time: 02:28
Phys: Kelly P. Murphy, M.D..
Test: CHEST 2V
Diagnosis: RIB PAIN
History: rm9,
FREQ: Once

---

TWO VIEWS OF THE CHEST: 02/04/2007

COMPARISON: 11/28/2005

CLINICAL HISTORY: Fifty-four year old male with rib pain.

ɪDINGS: Frontal and lateral views of the chest demonstrate prominent left basilar atelectasis. There is a small left apical pneumothorax with a depth of 2 cm. Cortical irregularity is seen over the lateral aspect of the left third rib, suggestive of fracture. In addition, cortical linear defects are seen in the posterolateral aspects of the 6th, 7th, 8th and 9th ribs as well, suggestive of fracture. The cardiomediastinal silhouette is unremarkable. There is no deviation of the midline structures. A 1.5 cm nodular density is seen in the peripheral aspect of the right mid lung zone, but the patient is rotated and this may represent a nipple shadow.

PRESSION:

1. SMALL APICAL LEFT PNEUMOTHORAX, WITH MULTIPLE LEFT SIDED RIB FRACTURES AS DESCRIBED ABOVE.

MRN: Visit: DocType:



DIAGNOSTIC RADIOLOGY
Stanford Hospital and Clinics
Stanford, California 94305



---

Name: WOODARD, ROBERT L
MRN: 0286428-8 Acct: 020008283580
DOB: 12/06/1952 Age: 54
Date: 02/04/2007 Time: 11:21
Phys: Paul S. Auerbach, M.D.
Test: CHEST 1V PORT
Diagnosis: CHEST PAIN
History: ROOM 1C CT PLACEMENT,
FREQ: Once

Accession: 3185054
Sex: M Patient Type: I
Req by: Paul S. Auerbach, M.D.

--------------------------------------------------------------------------------

SINGLE VIEW PORTABLE CHEST: 02/04/2007 @ 1130 HOURS

COMPARISON: 02/04/2007 @ 0948 hours.

IMPRESSION:

1. INTERVAL PLACEMENT OF LEFT-SIDED CHEST TUBE WITH DECREASED SIZE OF LEFT-SIDED PNEUMOTHORAX.

2. OPACITY IS SEEN IN THE LEFT MID ZONE, PERIPHERALLY, THAT MAY REPRESENT ATELECTASIS OR CONTUSION.

3. REDEMONSTRATION OF MULTIPLE LEFT-SIDED RIB FRACTURES.

END OF IMPRESSION:

SUMMARY: 4 POSSIBLE SIGNIFICANT FINDINGS, MAY NEED ACTION

I have personally reviewed the images for this examination and agree with the report transcribed above.
Finalized and Electronically Authenticated: Kathryn J. Stevens M.D.
Finalized Date/Time: 02/04/2007 19:35 Authenticated Date/Time: 02/04/2007 19:35
Reviewed and Reported by: Kathryn J. Stevens M.D.
Raghav Raman M.D.

MRN: Visit: DocType:



**STANFORD HOSPITAL AND CLINICS** Stanford, CA 94305 **ADMISSION/REGISTRATION RECORD**

| PtS | Acu | F/C | VIP | Rel | AdD | Admit Date/Time | Discharge Date/Time | Med Rec No. | Patient Number |
|---|---|---|---|---|---|---|---|---|---|
| | X | V | N | BAP | N | 02/04/07 14:24 | | 02864288 | 020008283580 |

**Patient Name**
WOODARD ,ROBERT L
**Birthdate** 12/06/1952 **Age** 054
**Sex** M **MS** S **Eth.** B **Mothers Name**
**Social Sec No.** XXX-XX-XXXX
**Address Line 1**
2250 MENALTO ST
**Employer Name**
NONE (NOT EMPLOYED)
**Maiden Name**
**Address Line 2**
**Employer Address**
**Occupation**
NOT EMPLOYED
**City** EAST PALO ALTO **St** CA **Zip** 94303-
**Phone Number** 650-323-0977
**City** **St Zip**
**Employer Phone**
**Emergency Contact Name**
JOHNSON JAMES
**Rel** R **Home Phone** 650-321-9267 **Work Phone**
**Emergency Contact Address**
2250 MENALTO
**City** PALO ALTO **St** CA **Zip** 94303-

---

**Attending Physician** GREGG DAVID L
**Phone Number** 650-498-6500 **Dr No.** 014126
**SVC** TRA **Unit** E3 **Room/Bed** E343A **PtType** S
**Referring Physician** AUERBACH PAUL S.
**Phone Number**
**Referring MD Address**
300 PASTEUR DR STANFORD,CA 94305
**Primary Physician**
**Phone Number**
**Referring Facility**
**Phone Number**

**Admitting Diagnosis**
PNUEMOTHORAX
**Admitting or Outpatient Procedure/Date**

---

**Guarantor Name**
WOODARD ROBERT L
**Rel** S **Social Sec No.** XXX-XX-XXXX
**Employer Name** NONE (NOT EMPLOYED)
**Billing Address**
2250 MENALTO ST
**City** EAST PALO ALTO **St** CA **Zip** 94303-
**Employer Phone**

**INSURANCE PLAN #1**
(V01) HPSM
**Insurance Address**
701 GATEWAY, #400
**Insurance City** S.SAN FRANCISCO **State** CA **Zip** 940807041
**Subscriber Name** ROBERT L WOODARD
**Subscriber ID** 459960011
**Group Number** **Days** **Auth/Tar/Ref No.**
**Medi-Cal ID** 459960011 **EVC Number** 8456JM6MR5 **MO** 02 **CO** 41 **Aide** 60

**INSURANCE PLAN #2**
( )
**Insurance Address**
**Insurance City** **State Zip**
**Subscriber Name** **Subscriber ID**
**Group Number** **Days** **Auth/Tar/Ref No.**
**Medi-Cal ID** **EVC Number** **MO** **CO** **Aide**

**INSURANCE PLAN #3**
( )
**Insurance Address**
**Insurance City** **State Zip**
**Subscriber Name** **Subscriber ID**
**Group Number** **Days** **Auth/Tar/Ref No.**
**Medi-Cal ID** **EVC Number** **MO** **CO** **Aide**

**INSURANCE PLAN #4**
( )
**Insurance Address**
**Insurance City** **State Zip**
**Subscriber Name** **Subscriber ID**
**Group Number** **Days** **Auth/Tar/Ref No.**
**Medi-Cal ID** **EVC Number** **MO** **CO** **Aide**

---

**Registar** **Remark:**ADMITTED FROM EMERGENCY DEPT
DNCOPM

15195

15-195A(1/95) **PRINTED:** 02/04/07 14:28 **CHART COPY Part 1**

MRN: Visit: DocType:



**STANFORD HOSPITAL AND CLINICS** Stanford, CA 94305 **ADMISSION/REGISTRATION RECORD**

| PtS | Acu | F/C | HospSVC | STO | Admit Date/Time | Discharge Date/Time | Med Rec No. | Patient Number |
|---|---|---|---|---|---|---|---|---|
| I | X | V | TRA | | 02/04/07 14:24 | | 02864288 | 020008283580 |

| Patient Name | Sex | MS | Eth. | Age | Birthdate | Social Sec No. |
|---|---|---|---|---|---|---|
| WOODARD ,ROBERT L | M | S | B | 054 | 12/06/1952 | XXX-XX-XXXX |

**Address Line 1**
2250 MENALTO ST

**Address Line 2**

**Admitting Physician** GREGG DAVID L — **DrNo.** 014126

| City | St Zip | Phone Number | Referring Facility | Phone Number |
|---|---|---|---|---|
| EAST PALO ALTO | CA 94303- | 650-323-0977 | | |

**Admitting Diagnosis**
PNUEMOTHORAX

**Admitting or Outpatient Procedure/Date**

**PRINCIPAL DIAGNOSIS: The condition established after study to be chiefly responsible for occasioning the admission of the patient**

| | | Code | Code |
|---|---|---|---|
| Principal: | | | |
| Secondary: | | | |
| Secondary: | | | |
| Secondary: | | | |
| Secondary: | | | |
| Secondary: | | | |
| Secondary: | | | |
| Secondary: | | | |

**OPERATION AND PROCEDURES PERFORMED (Diagnostic and Therapeutic)**

| | | Physician | Date | Code |
|---|---|---|---|---|
| Principal Procedure: | | | | |
| Secondary | | | | |
| Secondary | | | | |
| Secondary | | | | |
| Secondary | | | | |
| Secondary | | | | |
| Secondary | | | | |
| Secondary | | | | |

15195

Page____ of____ Assembled____ Coded____ Abstracted____ Analyzed____ Track____

DRG No.____ Cleared____ Expired____ Autopsy____ Coroner____

15-195A(1/95) Printed: 02/04/07 14:28 CHART COPY Part 2

1C

02/04/2007
10:44

SHC/LPCH
Drs. R.Sibley and S.Geaghan
Clinical Laboratories

AUTO RESULT REPOR
PAGE

NAME: WOODARD,ROBERT L
H# : 02864288 LOC: ED AGE: 54Y SEX: M
ACCT: 020008283580 DR: Auerbach,Paul S CODE: 3159

X325630 COLL: 02/04/2007 09:30 REC: 02/04/2007 09:47 PHYS: Auerbach,Paul S

| | | | | | |
|---|---|---|---|---|---|
| CK-MB | | | | | STAT |
| CK, Total | H | 349 | [<300] | U/L | |
| CK, MB (Mass) | | 2.3 | [<5.0] | ng/mL | |
| METABOLIC PANEL, COMPREHENSIVE | | | | | |
| Sodium, Ser/Plas | | 135 | [135-145] | mmol/L | |
| Potassium, Ser/Plas | | 3.7 | [3.5-5.5] | mmol/L | |
| Chloride, Ser/Plas | | 101 | [96-109] | mmol/L | |
| CO2, Ser/Plas | | 28 | [20-30] | mmol/L | |
| Anion Gap | | 6 | [5-15] | mmol/L | |
| Glucose, Ser/Plas | H | 157 | [70-100] | mg/dL | |
| | | The reference range listed above is for a fasting patient. Non-fasting glucose values may be higher. | | | |
| Creatinine, Ser/Plas | | 0.8 | [<1.2] | mg/dL | |
| Urea Nitrogen,Ser/Plas | | 12 | [<25] | mg/dL | |
| Calcium, Ser/Plas | | 9.1 | [8.5-10.5] | mg/dL | |
| Protein, Total, Ser/Plas | | 8.3 | [6.0-9.0] | g/dL | |
| Albumin, Ser/Plas | | 3.5 | [3.5-5.0] | g/dL | |
| Total Bilirubin | | <0.5 | [<1.4] | mg/dL | |
| Alk P'tase, Total, Ser/Plas | | 66 | [<130] | U/L | |
| AST (SGOT), Ser/Plas | H | 41 | [<40] | U/L | |
| ALT (SGPT), Ser/Plas | | 50 | [<60] | U/L | |
| Globulin | H | 4.8 | [2.0-4.0] | g/dL | |
| Myoglobin, Ser/Plas | | 48 | [<70] | ng/mL | STAT |
| Troponin I | | <0.1 | [<0.3] | ng/mL | STAT |

LAB

02/04/2007 SHC/LPCH AUTO RESULT REPOR
10:24 Drs. R.Sibley and S.Geaghan PAGE
Clinical Laboratories

NAME: WOODARD,ROBERT L
H# : 02864288 LOC: ED AGE: 54Y SEX: M
ACCT: 020008283580 DR: Auerbach,Paul S CODE: 3159

X325631 COLL: 02/04/2007 06:30 REC: 02/04/2007 09:47 PHYS: Auerbach,Paul S

PROTHROMBIN TIME (PT) STAT

| | | | | |
|---|---|---|---|---|
| Prothrombin Time | H | 15.5 | [12.6-14.7] | sec |
| INR | H | 1.2 | [0.9-1.1] | INR |

INR target range depends on the indication for anticoagulation. Low intensity (DVT treatment, atrial fibrillation): 2.-3.0 INR. Higher intensity (prosthetic heart valve): 2.5-3.5 INR.

PART. THROMBOPLASTIN TIME STAT

Part. Thromboplastin Time
27.5 [24.0-33.7] sec
If patient is on Heparin, therapeutic range is 1.5-2.5 times the patient baseline.

LAB

MRN: Visit: DocType: 16

02/04/2007 10:13
SHC/LPCH
Drs. R.Sibley and S.Geaghan
Clinical Laboratories
AUTO RESULT REPOR
PAGE

NAME: WOODARD,ROBERT L
H# : 02864288 LOC: ED AGE: 54Y SEX: M
ACCT: 020008283580 DR: Auerbach,Paul S CODE: 3159

X325629 COLL: 02/04/2007 09:30 REC: 02/04/2007 09:47 PHYS: Auerbach,Paul S

| | | | | | |
|---|---|---|---|---|---|
| AUTOMATED BLOOD COUNT | | | | | STAT |
| WBC | | 9.1 | [4.0-11.0] | K/uL | |
| RBC | | 4.90 | [4.40-5.90] | MIL/uL | |
| Hemoglobin | L | 13.4 | [13.5-17.7] | g/dL | |
| Hematocrit | | 40.2 | [40.0-52.0] | % | |
| MCV | | 82.0 | [82.0-98.0] | fL | |
| MCH | | 27.3 | [27.0-34.0] | pg | |
| MCHC | | 33.3 | [32.0-36.0] | g/dL | |
| RDW | | 14.3 | [11.5-14.5] | % | |
| Platelet count | | 216 | [150-400] | K/uL | |
| DIFFERENTIAL | | | | | STAT |
| NEUT, % | | 58.5 | | % | |
| LYM, % | | 31.1 | | % | |
| MONO, % | | 9.3 | | % | |
| EOS, % | | 0.5 | | % | |
| BASO, % | | 0.6 | | % | |
| NEUT, ABS | | 5.30 | [1.7-6.70] | K/uL | |
| LYM, ABS | | 2.80 | [1.00-3.00] | K/uL | |
| MONO, ABS | | 0.80 | [0.3-0.95] | K/uL | |
| EOS, ABS | L | 0.00 | [0.05-0.55] | K/uL | |
| BASO, ABS | | 0.10 | [0-0.25] | K/uL | |

LAB

02/04/2007
10:15

SHC/LPCH
Drs. R.Sibley and S.Geaghan
Clinical Laboratories

AUTO RESULT REPOR
PAGE

NAME: WOODARD,ROBERT L
H# : 02864288 LOC: ED AGE: 54Y SEX: M
ACCT: 020008283580 DR: Auerbach,Paul S CODE: 3159

X325630 COLL: 02/04/2007 09:30 REC: 02/04/2007 09:47 PHYS: Auerbach,Paul S

METABOLIC PANEL, COMPREHENSIVE

| | | | | |
|---|---|---|---|---|
| Sodium, Ser/Plas | | 135 | [135-145] | mmol/L |
| Potassium, Ser/Plas | | 3.7 | [3.5-5.5] | mmol/L |
| Chloride, Ser/Plas | | 101 | [96-109] | mmol/L |
| CO2, Ser/Plas | | 28 | [20-30] | mmol/L |
| Anion Gap | | 6 | [5-15] | mmol/L |
| Glucose, Ser/Plas | H | 157 | [70-100] | mg/dL |
| | | The reference range listed above is for a fasting patient. Non-fasting glucose values may be higher. | | |
| Creatinine, Ser/Plas | | 0.8 | [<1.2] | mg/dL |
| Urea Nitrogen,Ser/Plas | | 12 | [<25] | mg/dL |
| Calcium, Ser/Plas | | 9.1 | [8.5-10.5] | mg/dL |
| Protein, Total, Ser/Plas | | Pending | | |
| Albumin, Ser/Plas | | Pending | | |
| Total Bilirubin | | Pending | | |
| Alk P'tase, Total, Ser/Plas | | Pending | | |
| AST (SGOT), Ser/Plas | | Pending | | |
| ALT (SGPT), Ser/Plas | | Pending | | |
| Globulin | | Pending | | |

LAB

DIAGNOSTIC RADIOLOGY
Stanford Hospital and Clinics
Stanford, California 94305



---

Name: WOODARD, ROBERT L  Accession: 3185054
MRN: 0286428-8  Acct: 020008283580  Sex: M  Patient Type: I
DOB: 12/06/1952  Age: 54  Req by: Paul S. Auerbach, M.D.
Date: 02/04/2007  Time: 11:21
Phys: Paul S. Auerbach, M.D.
Test: CHEST 1V PORT
Diagnosis: CHEST PAIN
History: ROOM 1C CT PLACEMENT,
FREQ: Once

---

SINGLE VIEW PORTABLE CHEST: 02/04/2007 @ 1130 HOURS

COMPARISON: 02/04/2007 @ 0948 hours.

IMPRESSION:

INTERVAL PLACEMENT OF LEFT-SIDED CHEST TUBE WITH DECREASED SIZE OF LEFT-SIDED PNEUMOTHORAX.

2. OPACITY IS SEEN IN THE LEFT MID ZONE, PERIPHERALLY, THAT MAY REPRESENT ATELECTASIS OR CONTUSION.

3. REDEMONSTRATION OF MULTIPLE LEFT-SIDED RIB FRACTURES.

END OF IMPRESSION:

SUMMARY: 4 POSSIBLE SIGNIFICANT FINDINGS, MAY NEED ACTION

ave personally reviewed the images for this examination and agree
with the report transcribed above.
Finalized and Electronically Authenticated: Kathryn J. Stevens M.D.
Finalized Date/Time: 02/04/2007 19:35  Authenticated Date/Time: 02/04/2007 19:35
Reviewed and Reported by: Kathryn J. Stevens M.D.

Raghav Raman M.D.

DIAGNOSTIC RADIOLOGY
Stanford Hospital and Clinics
Stanford, California 94305



---

Name: WOODARD, ROBERT L
MRN: 0286428-8 Acct: 020008283580
DOB: 12/06/1952 Age: 54
Date: 02/04/2007 Time: 09:46
Phys: Paul S. Auerbach, M.D.
Test: CHEST 1V PORT
Diagnosis: CHEST PAIN
History: EVAL PNENM ROOM 1C,
FREQ: Once

Accession: 3185023
Sex: M Patient Type: I
Req by: Paul S. Auerbach, M.D.

------------------------------------------------------------------------------------------

PORTABLE CHEST, 02/04/2007:

COMPARISON: Comparison is made to study dated 02/04/2007.

'PRESSION:

1. RE-DEMONSTRATION OF LEFT-SIDED PNEUMOTHORAX.

2. PROMINENT OPACITY IN THE LEFT BASE THAT MAY REPRESENT ATELECTASIS OR CONTUSION.

3. THE RIGHT LUNG APPEARS CLEAR. THE NODULAR DENSITY PREVIOUSLY SEEN IS NO LONGER DEMONSTRATED ON THIS CHEST X-RAY AND PROBABLY REPRESENTED A NIPPLE SHADOW.

4. RE-DEMONSTRATION OF MULTIPLE LEFT-SIDED RIB FRACTURES.

D OF IMPRESSION:

SUMMARY: 4 POSSIBLE SIGNIFICANT FINDINGS, MAY NEED ACTION

.ave personally reviewed the images for this examination and agree with the report transcribed above.

nalized and Electronically Authenticated: Kathryn J. Stevens M.D.

Finalized Date/Time: 02/04/2007 19:36 Authenticated Date/Time: 02/04/2007 19:36

Reviewed and Reported by: Kathryn J. Stevens M.D.

Raghav Raman M.D.

DIAGNOSTIC RADIOLOGY
Stanford Hospital and Clinics
Stanford, California 94305



---

Name: WOODARD, ROBERT L
Accession: 3186256
MRN: 0286428-8 Acct: 020008283580 Sex: M Patient Type: D
DOB: 12/06/1952 Age: 54 Req by: Luigi Di Stefano, M.D.
Date: 02/05/2007 Time: 17:50
Phys: David L. Gregg, M.D.
Test: CHEST 1V PORT
Diagnosis: PNUEMOTHORAX
History: r/o ptx,
FREQ: Once

------------------------------------------------------------------------------------------

CHEST X-RAY: 2/05/07 AT 1752 HOURS.

COMPARISON: 2/05/07 at 1504 hours.

CLINICAL HISTORY: 54-year-old male with pneumothorax.

IMPRESSION:

1. INTERVAL REMOVAL OF LEFT CHEST TUBE.

2. THE LUNG APICES WERE CUT OFF FROM THE RADIOGRAPH. NO VISUALIZED PNEUMOTHORAX IS EVIDENT.

3. LEFT SIDED RIB FRACTURES ARE PRESENT WITH VAGUE INCREASED DENSITY OVER THE LEFT LATERAL HEMITHORAX. THIS COULD REPRESENT PLEURAL OR CHEST WALL FLUID.

END OF IMPRESSION:

SUMMARY: 4 POSSIBLE SIGNIFICANT FINDINGS, MAY NEED ACTION

ave personally reviewed the images for this examination and agree with the report transcribed above.
nalized and Electronically Authenticated: Ann N. Leung M.D.
. inalized Date/Time: 02/07/2007 07:12 Authenticated Date/Time: 02/07/2007 07:12
Reviewed and Reported by: Ann N. Leung M.D.
Michael Zeineh M.D.

MRN: Visit: DocType:



DIAGNOSTIC RADIOLOGY
Stanford Hospital and Clinics
Stanford, California 94305

Page 1

---

Name: WOODARD, ROBERT L Accession: 3185115
MRN: 0286428-8 Acct: 020008283580 Sex: M Patient Type: D
DOB: 12/06/1952 Age: 54 Req by: Ashley Grosvenor, M.D.
Date: 02/05/2007 Time: 08:41
Phys: David L. Gregg, M.D.
Test: CHEST 1V PORT
Diagnosis: PNUEMOTHORAX
History: L PTX -T- CT,
FREQ: InAM RAD

--------------------------------------------------------------------------------

CHEST X-RAY: 2/05/07 AT 0844 HOURS.

COMPARISON: 2/04/07 at 1122 hours.

CLINICAL HISTORY: 54-year-old male with pneumothorax.

IMPRESSION:

1. IN THE INTERVAL, THE LEFT CHEST TUBE HAS BEEN PULLED SLIGHTLY FURTHER OUT WITH ITS SIDEPORT NOW OUTSIDE THE THORACIC CAVITY. NO PNEUMOTHORAX IS EVIDENT. VAGUE PATCHY OPACITY IS PRESENT PERIPHERALLY IN THE LEFT LUNG. THE RIGHT LUNG APPEARS CLEAR.

END OF IMPRESSION:

SUMMARY: 4 POSSIBLE SIGNIFICANT FINDINGS, MAY NEED ACTION

I have personally reviewed the images for this examination and agree with the report transcribed above.
Finalized and Electronically Authenticated: Frandics P. Chan M.D.
Finalized Date/Time: 02/09/2007 19:33 Authenticated Date/Time: 02/09/2007 19:33
Reviewed and Reported by: Frandics P. Chan M.D.

Michael Zeineh M.D.

DIAGNOSTIC RADIOLOGY
Stanford Hospital and Clinics
Stanford, California 94305



---

Name: WOODARD, ROBERT L Accession: 3185644
MRN: 0286428-8 Acct: 020008283580 Sex: M Patient Type: D
DOB: 12/06/1952 Age: 54 Req by: Luigi Di Stefano, M.D.
Date: 02/05/2007 Time: 13:33
Phys: David L. Gregg, M.D.
Test: CHEST 1V PORT
Diagnosis: PNUEMOTHORAX
History: chest tube to water seal, r/o ptx,
FREQ: Once

-----------------------------------------------------------------------------------

CHEST AP: 02/05/07 at 15:04.

IMPRESSION:

LEFT CHEST TUBE IN PLACE, WITH PORT OUTSIDE CHEST CAVITY. NO

EUMOTHORAX IS IDENTIFIED. MINIMAL BASILAR ATELECTASIS

'LATERALLY.

END OF IMPRESSION:

SUMMARY: 4 POSSIBLE SIGNIFICANT FINDINGS, MAY NEED ACTION

Finalized and Electronically Authenticated: Frank Graham Sommer M.D.
Finalized Date/Time: 02/12/2007 16:10 Authenticated Date/Time: 02/12/2007 16:10
Reviewed and Reported by: Frank Graham Sommer M.D.

MRN: Visit: DocType: 27

STANFORD HOSPITAL & CLINICS
Stanford University Medical Center

374852

# EMERGENCY DEPARTMENT REPORT

WOODARD ,ROBERT L
2250 MENALTO ST

EAST PALO ALTO CA 94303

Date of Arrival: 02/04/07
Arrival Time: 09:00
Sex: M
Age: 54
Date of Birth: 12/06/1952
Social Security Number: XXX-XX-XXXX
Religion: BAP
Patient Telephone: 650 323-0977
Plan 1: V01
Medi-Cal Evo Number: 8456JM6MR5
Plan 2:

PATIENT NUMBER: 2000828358O
Mode: CAR
Police:
FC: V
Medical Record Number: 02864288
Alias:
Occupation: NOT EMPLOYED
Primary Insurance: HPSM
Secondary Insurance:

Emergency Contact: JOHNSON JAMES
Contact Telephone: 650 321-9267
Contact Relationship: OTHER RELATIVE
Guarantor Name: WOODARD ROBERT L
Guarantor Relationship: SELF
Guarantor Employer: NONE (NOT EMPLOYED)
Guarantor Address: 2250 MENALTO ST
Guarantor Home Telephone: 650 323-0977
Employer Address:
Guarantor Address Line 2:
Guarantor Social Security Number: XXX-XX-XXXX
Employer Address Line 2:
City: EAST PALO ALTO State: CA Zip: 94303
Guarantor Work Telephone:
City: State: Zip:

CHIEF COMPLAINT: CHEST PAIN
Occurrence: I
Occurrence Date: 02/04/07
Adv Directive: N
Protocol: N
Allergies: SEE CHART
Tetanus:
ED Admitting Attending MD: AUERBACH PAUL S.
Referring Physician: SELF REFERRED
Referring Physician Telephone:
Referring Physician Fax Number:
Private Physician Indicator: NO PRIVATE PHYSICIAN
Chart:
Location: H
Registered By: GHH2PM
Discharge Initials
SMS: ________ LOGBOOK: [signature]

PRIVATE PHYSICIAN
Private Physician:
Private Physician Telephone:
Private Physician Fax Number:
Time Called:
Time Answered:
Spoke With:
PMD Communication:
☐ APPROVED ☐ DENIED

TIME 1420

| ☐ Left without being seen by Resident<br>☐ Left without being seen by Attending<br>☐ Left without being seen (incomplete visit)<br>☐ Left AMA | ☐ DISCHARGED<br>☐ Home<br>☐ Work<br>☐ SNF<br>☐ ATU<br>☐ Stanford Clinic<br>☐ Jail<br>☐ ______ | ☐ TRANSFERRED<br>☐ SCVMC<br>☐ SMGH<br>☐ VA<br>☐ PA ☐ MP<br>☐ Kaiser<br>☐ RWC ☐ SC<br>☐ ______ | ☒ ADMITTED<br>Admitting MD/Team: Dr. Chess / Trauma<br>Diagnosis: Pneumothorax<br>Bed Control: 110<br>Unit Requested: [illegible] bed<br>Time Bed Assigned: 1422<br>Unit/Bed: E3, 30A | ☐ EXPIRED<br>Time ______ ☐ DAA<br>Time ______ Bed Control<br>Time ______ Coroner<br>Release #<br>California Transplant Donor Network<br>Time ______ |
|---|---|---|---|---|

☐ Forwarded To: ______ Time: ______
☐ No Need to Forward
Worker's Comp ☐ Yes ☐ No
☐ Discharge Patient Admt A
(Attending)

COMPLETE

| | INITIALS | TIME |
|---|---|---|
| ☒ R.N. | [initials] | 1045A |
| ☒ M.D. | MD | 1420 |
| ☐ REG. | | |

WOODARD ROBERT L
Date: 02/04/07
Medical Records Number: 02864288
Patient Number: 2000828358O

DIAGNOSIS

Attending Physician:

☐ You have been given the following prescriptions
______ for ______
______ for ______
______ for ______
☐ Take aspirin, ibuprofen or acetaminophen (Tylenol) for pain/fever
☐ Work-Related Injury
☐ Return to regular duty
☐ Modified Duty: Duration ____ days
Specific Restrictions:
☐ Off Work: Duration ____ days
☐ Follow Up With ______ in ____ days
☐ "Fully Recovered", No Follow Up Needed

It is recommended that you follow-up the care provided today at Stanford Hospital Emergency Department (ED). Treatment delivered today is offered as first care ONLY. If symptoms persist or worsen, contact your private physician. If unable to reach, return to the ED. Please:

☐ Return to ED in ______ days for ☐ Wound Check ☐ Suture Removal ☐ Re-evaluation
☐ Make an appointment with ______ to be seen in ______ days/weeks
☐ Call for an appointment at the Stanford ______ clinic
650-______ to be seen in ______ days/weeks
Instruction sheet given: ______
☐ Logicare Only
Additional instructions: ______

I understand and acknowledge receipt of the above instructions.

Patient or Guardian Signature ______ Date ______

15-791 (11/00)

MEDICAL RECORDS

MRN: Visit: , DocType: 28

0286428 8 DOB 12/05/1952
WOODARD, ROBERT L
AUERBACH PAUL S

02 000828358 0

Addressograph or Label - Patient Name, Medical Record Number

STANFORD HOSPITAL and CLINICS
STANFORD, CALIFORNIA 94305

# EMERGENCY DEPARTMENT RECORD

Page 1 of 2

TIME 0920 DATE 2/4/07 PHYSICIAN HPI Primary M.D. Wilson CALLED ☐ YES ☐ NO TIME CALLED

CHIEF COMPLAINT: PTX

HISTORY OF PRESENT ILLNESS: 54 yo ♂ called in for PTX. Seen overnight s/p being kicked by police c/o CP. Had CXR initially read ⊖ but Rads overread ⊕ PTX c multiple rib fx. Pt c/o CP / SOB still.

☐ LOCATION
☐ QUALITY:
☐ SEVERITY (scale of 1-10):
☐ TIMING (sudden/gradual):
☐ DURATION (seconds, minutes, hours, days):
☐ CONTEXT (symptoms began with):
☐ MODIFYING FACTORS (improves/worsens with):
☐ ASSOC. SIGNS & SYMPTOMS:

TEACHING PHYSICIAN
☐ ATTENDING ☐ SUPERVISORY RESIDENT

REVIEW OF SYSTEMS ☐ ALL OTHER REVIEW OF SYSTEMS NEGATIVE

| +/- | | |
|---|---|---|
| – | CONST: Fever - chills - wt. loss - weakness | PMH: ☐ None ☐ Asthma ☐ COPD ☐ CAD ☐ CHF ☐ CVA ☐ HTN ☐ DM |
| – | EYES: Acuity change - pain - discharge | ☐ Other HTN, DM, High chol |
| – | ENMT: Hearing loss - earache - nasal drainage - sore throat | ? Psych |
| + | RESP: SOB - cough - sputum - wheezing | PSH: ☐ None ☐ CABG ☐ Appendectomy ☐ Chole ☐ Other |
| + | CV: Chest pain - palpitations - PND - orthopnea | |
| – | GI: Nausea - vomiting - diarrhea - melena - hematochezia - pain | Meds: ☐ None ☑ Agree with nurses/triage notes |
| ⊕ | MUSC: New bone or joint pain - back problems | |
| – | NEURO: Syncope - focal weakness - HA - seizure - dizziness | |
| – | PSYCH: Depression - anxiety - hallucinations - prior psych hx | |
| – | GU: Dysuria - urgency - frequency - nocturia | Allergies: ☑ NKDA |
| – | INTEG: Skin lesions - rash | FH: ☑ No related FH ☐ Family hx of (circle): Cardiac / Stroke / Cancer / DM / HTN |
| – | ENDO: Polyuria - polydipsia - thyroid | Immunizations: ☐ UTD Tetanus: Year: |
| – | HEME/LYMPH: Bruising - adenopathy - anemia | Soc: Tobacco: ⊕ EtOH: ⊕ Drugs: Dom Violence: ☐ YES ☐ NO |
| – | ALLERGIC/IMMUNO: Urticaria - hayfever | Residence: Marital (circle): S M W D Occup: |

PHYSICAL EXAMINATION ☐ FOR NL DESCRIBE ABN

CONST: BP 146/102 P 76 R 16 T 98.3 O2 sat 96 RA
Wt. ☑ WD/WN ☑ Well hydrated ☑ No resp distress ☑ Non-toxic

EYES: ☑ Lids/conj nl ☐ Pupils/irises nl ☐ Optic disks/post segments nl ☑ EOMI ☐ Sclera anicteric

ENMT: ☐ External ears/nose nl ☐ Nasal mucosa/septum/turbinates nl ☐ TMs/canals nl
☐ Hearing nl ☐ Lips/teeth/gums nl ☑ Oropharynx nl

LYMPH: ☐ Cervical nl ☐ Axillary nl ☐ Groin nl ☐ Other ______ nl

NECK: ☐ Symmetric/trachea midline/no masses ☐ Thyroid nl ☐ No JVD

RESP: ☑ Effort nl ☑ Auscultation nl ☐ Percussion nl ☐ Palpation nl ☐ No wheezes/rales/rhonchi
↓ BS ⓛ upper

CARDIO: ☑ Auscultation nl ☐ Palpation nl ☐ No edema/varicosities ☑ No M/G/R
NL pulses: ☐ Carotid ☐ ABD aorta ☐ Radial ☐ Femoral ☐ Pedal

BREASTS/CHEST: ☐ Inspection nl ☐ Palpation nl TTP lateral ribs ⓛ

SKIN: ☐ Inspection nl ☐ Palpation nl ☑ No rashes/lesions/petechiae

PHYSICAL EXAMINATION
☐ ATTENDING ☐ SUPERVISORY RESIDENT
CONST:
EYES:
ENMT:
LYMPH:
NECK:
RESP:
CARDIO:
BREASTS/CHEST:
SKIN:

MRN: Visit: , DocType:



0286428 6 009 12/06/1952
WOODARD , ROBERT L
AUERBACH PAUL S
02 000828358 0

Addressograph or Label - Patient Name, Medical Record Number

STANFORD HOSPITAL and CLINICS
STANFORD, CALIFORNIA 94305

# EMERGENCY DEPARTMENT RECORD

Page 2 of 2

GI: ☑ NT/no masses ☐ Liver/spleen nl ☐ +BS ☐ ND ☐ No rebound/guarding ☐ No CVAT
☐ No hernias ☐ Anus/Rectum nl ☐ Stool guaiac:

GI:

GU: ♂: ☐ Scrotum nl ☐ Penis nl ☐ Prostate nl ☐ Urethra nl ☐ Bladder nl
♀: ☐ Ext. genit/vag nl ☐ Cervix nl ☐ Uterus nl ☐ Adnexa nl ☐ Urethra nl ☐ Bladder nl

GU:

MS: Normal inspection/palpation/ROM of ☑ Head/neck ☐ Spine/ribs/pelvis ☐ RUE ☐ LUE ☐ RLE ☐ LLE
☐ Gait and station nl ☐ Digits/nails nl ☐ Muscle str/tone nl

MS:

NEUROLOGIC: ☐ CN 2-12 nl ☐ Sensory intact ☐ Reflexes symmetric nl ☐ Cerebellar nl ☐ Motor nl

NEURO:

PSYCH: ☑ Oriented x 3 ☐ Judgment/insight nl ☐ Memory nl ☐ Mood nl ☐ No suicidal/homicidal ideation

PSYCH:

Time ▶ 0326 Date ▶ 2/4/07 HOUSE STAFF SIGNATURE SIGNATURE ▶ [signature] NAME (PRINT) ▶ Callaghan ☐ MED STUDENT ☑ MD

Time ▶ Date ▶ SUPERVISORY RESIDENT SIGNATURE SIGNATURE ▶ NAME (PRINT) ▶ ☐ MED STUDENT ☐ MD

LABS: 134 / 402 < 214 ; 135 | 101 | 12 / 3.7 | 28 | 1.8 < 157

X-RAY: CXR – see below

| PRIVATE PHYSICIAN CONSULT SERVICE | CALLED | ANSWERED | IN ED | COMMUNICATION |
|---|---|---|---|---|
| Kosasi Trauma ⟹ will admit | | | | |
| | | | | |
| | | | | |

| TIME | TREATMENT ED COURSE PROCEDURE NOTE |
|---|---|
| 0340 | CT – prepped draped, 1% lidocaine 12cc injected, 2cm incision, blunt dissect |
| | to pleura 28 Fr CT inserted attached to suction, bandage & Comp |

ATTENDING PHYSICIAN MEDICAL DECISION MAKING

MEDICAL DECISION MAKING: All plain radiographs, ECG, and clinical lab tests listed below were ordered and interpreted by the attending physician (unless otherwise specified).

☑ I performed a HX and PE of the patient and discussed mgmt. with the resident/medical student. I reviewed the resident's/medical student's note and agree with the documented findings and plan of care (unless otherwise specified).

CRITICAL CARE ______ MINUTES Physician work directly related to patient care (excludes procedures and teaching time).

☐ $O_2$ SAT: ______ % normal / abnormal (circle one)

☐ Rhythm Strip: Rate/Rhythm: ______ Ectopy (yes/no): ______

☐ IV ______ given for ______ with improvement / no improvement (circle one) over ______ hrs.

Splint applied by ☐ Tech/Nurse ☐ Attending ☐ House staff
☐ Normal neurovascular check after splint applied.

Additional history (specify): ______
Obtained from: ☐ Family ☐ Old chart ☐ EMS ☐ Nurses Notes

☐ Consult: ______

☐ Case discussed with Dr. ______

☑ Procedures done under my presence and my direct participation.
☐ I was present for key portions of the procedure. During non key portions I was immediately available to return.

Complete: ☐ HISTORY ☐ EXAM Limited by: ______

Complexity: ☐ High Rationale/DDX: ______

Pt seen in ED last PM p̄ alter[cation] leg fx. Noted to have pneumothorax & multiple rib fx on CXR p̄ initial discharge. Pt called & instructed to return to ED.
CXR – pnx, fx ribs, early atelectasis L lung
abd soft, mild tender
P) admit trauma svc
SCM/A tenderness
→ chest tube s̄ difficulty

Dictation Number: | Disposition: ☐ T&R ☐ L&D ☐ Trans. ☑ Admit ☐ AMA ☐ Expired | Condition on D/C: ☐ Stable ☐ Improved

IMPRESSION 1. fx ribs 2. pneumothorax 3. 4.

Time ▶ Date ▶ ATTENDING PHYSICIAN SIGNATURE ▶ [signature] NAME (PRINT) ▶ AUERBACH MD

MRN: Visit: DocType:



Brother James 323 0977
225 1557

Medical Record 20008283580

Patient Name WOODARD , ROBERT L M
DOB: 12/06/1952 MRN: 0286428-8
AKA:
ATN: AUERBACH PAUL S.
PMD:

Addressograph Stamp - Patient Name, Medical Record Number

STANFORD HOSPITAL and CLINICS
STANFORD, CALIFORNIA 94305

**EMERGENCY DEPARTMENT NURSING RECORD** Page 1 of 4

PRIORITY 1 2 (3) 4 AREA ROOM

**TRIAGE**

Chief Complaint: Pain in chest

Do you have pain? ☐ No ☒ Yes - See "Pain Screening" below

Pain is following altercation yest. Was seen in S&H ER for pain and d/c @ 0400 today. Called back to return "immed." for pneumo. on CXR.

Date 3/4/07
Time 0903/0920
Age 54
Sex ☒ M ☐ F

Treatment Prior to Arrival ☐ None Arrived ambulatory; denies SOB.

Language: ☒ English ☐ Spanish ☐ Other: ☐ Interpreter Used Primary MD None.

☐ PTA
BP 146/102 HR 76 RR 16 Temp 98³ ☒ Oral ☐ Axillary ☐ Rectal $O_2$ Sat% 96% RA (< 12 years) Weight

| Arrival Mode | Allergies | Medications | Past Medical History | Tetanus Hx / Immunizations |
|---|---|---|---|---|
| ☐ EMS<br>☒ Ambulatory<br>☐ Wheel chair<br>☐ Carried<br>☐ Other | ☐ NKDA<br>B/p med? | ☐ Denies | ☐ Denies<br>☐ Diabetes<br>☒ HTN<br>☐ CAD<br>☐ Stroke<br>☐ Asthma<br>☐ ↑ Chol<br>☐ Cancer:<br>broken (L) ankle + finger (R) hand. | ☐ Up to date<br>**LMP**<br># Wks Pregnant |

| **PAIN SCREENING** | Pain Site #1 | Pain Site #2 | Pain Site #3 |
|---|---|---|---|
| Location of pain: | Chest pain | ☐ N/A | ☐ N/A |
| P: Provoking / relieving factors: | P movement | P | P |
| Q: Quality / description: | Q Sharp | Q | Q |
| R: Radiation? non-radiating? | R to back | R | R |
| S: Severity / pain scale: 0-10* | S 10/10 | S | S |
| T: Time / onset: | T yest. | T | T |

☐ Faces Scale* ☐ FLACC Scale ☐ Non-Verbal Pain Scale (see page 2) *Patient instructed on use of 0-10 or Faces pain rating scale

0 1 2 3 4 5 6 7 8 9 10
No Pain, Mild, Moderate, Severe, Worst Possible

Faces: 0 2 4 6 8 10

**FLACC PAIN SCALE** - (Each category is scored from 0-2, totals up to 10)

| Categories | 0 | 1 | 2 |
|---|---|---|---|
| Face | Smile or no expression | Occ. grimace or frown; withdrawn | Quivering chin; clenched jaw |
| Legs | Normal position or relaxed | Uneasy, tense, restless | Kicking, legs drawn up |
| Activity | Lying quietly, moves easily | Squirming, tense shifting back & forth | Arched, rigid, jerking |
| Cry | No cry | Moans or whimpers; occ. complaints | Crying, screaming, freq. complaints |
| Consolability | Content, relaxed | Reassured by occ. touch, hug or talk; distractible | Difficult to console or comfort |

Does patient demonstrate signs of abuse/domestic violence? ☒ No ☐ Yes If yes, ask RSN for Social Services Consult.

**Triage Intervention** ☒ None ☐ Dressing ☐ Ice ☐ Splint ☐ C-Collar ☐ Antipyretics ☐ Mask ☐ NPO ☐ UA
☐ Extremity x-ray: ☐ Other:

Triage Nurse (printed name) JULIE RACCUGLIA Signature Julie Raccuglia

15-278A (8/04)

Medical
20008283580
M
WOODARD ,ROBERT L MRN: 0286428-8
DOB: 12/06/1952
AKA:
ATN: AUERBACH PAUL S.
PMD:
Addressograph Stamp - Patient Name, Medical Record Number

STANFORD HOSPITAL and CLINICS
STANFORD, CALIFORNIA 94305

# EMERGENCY DEPARTMENT NURSING RECORD

Page 2 of 4

## INITIAL PHYSICAL ASSESSMENT

### NEUROLOGICAL

**Responsiveness** ☒ alert ☐ verbal ☐ pain ☐ unresponsive
☐ obeys commands ☐ calm ☐ cooperative
**Oriented to** ☒ person ☒ place ☒ time ☒ event
☐ disoriented ☐ combative ☐ anxious ☐ restless
☐ drowsy ☐ lethargic ☐ no recall of event
**Speech** ☐ clear ☐ slurred
**Pupils** ☐ equal ☐ unequal ☐ reactive to light bil. ☐ N/A
**Size** Right:____ mm Left:____ mm ☐ N/A
**Visual Acuity** Right:____ Left:____ Both:____ ☐ N/A
**Grips** ☐ equal ☐ R weak ☐ L weak ☐ N/A
**Deficit** ☐ right ☐ left: ☐ N/A
**Infant's Cry** ☐ strong ☐ shrill ☐ weak ☐ N/A
**Fontanelle** ☐ flat ☐ bulging ☐ depressed ☐ N/A
☐ caregiver states age appropriate orientation ☐ sleeping

☐ see "Neurological Checklist" for stroke / TIA admits
☐ other:

### SKIN

☒ warm ☒ dry ☒ normal color for ethnicity
☐ cool ☐ hot ☐ moist ☐ diaphoretic
☐ pale ☐ flushed ☐ jaundice ☐ mottled ☐ cyanotic
☐ abrasions:
☐ lacerations:
☐ lesions/rash:
☐ decubitus ulcer(s):
☐ other:

### PSYCHOSOCIAL

Accompanied to ED by: ☐ self ☒ family ☐ EMS ☐ other:
If over age 70, does patient live alone? ☐ no ☐ yes ☐ N/A
☐ appearance, behavior, verbalization & affect appropriate to situation.
☐ extreme anxiety ☐ depression ☐ suicidal ideation
☒ other: lives c̄ mom

### FUNCTIONAL RISK:

☒ no change from usual function, no rehab referral needed.
☐ change from usual function or unable to perform activities of daily living-(mobility, eating, swallowing, communication, and hygiene)-consult with MD regarding appropriate referral.

### CARDIOVASCULAR ☐ N/A ☒ Denies problem

**Rhythm:** NSR
**Central Pulses** ☒ strong ☐ weak ☐ irregular
**Edema** ☒ none ☐ non-pitting ☐ pitting ☐ dependent
**Capillary Refill** ☒ less than 3 seconds ☐ over 3 sec.
**JVD** ☐ none ☐ present
☐ other:

### RESPIRATORY ☐ N/A ☐ Denies problem

☐ non-labored ☒ shallow ☐ rapid ☐ labored
**Breath Sounds:** R L ☐ home $O_2$ ____ liters/min.
☐ ☐ clear
☐ ☐ crackles / rales
☐ ☐ coarse / rhonchi
☐ ☐ wheezing
☐ ☐ diminished
Cough ☐ non-productive ☐ productive: color ____
☐ retractions ☐ nasal flaring ☐ drooling
☒ other: (+) pain

### MUSCULO-SKELETAL ☐ N/A ☐ Denies problem

☐ full ROM ☒ limited ROM: slow d/t rib pain
☐ distal pulses L + - R + - ☐ swelling
☐ numbness L + - R + - ☐ deformity
☐ tingling L + - R + - ☐ abnormal color
☐ other

### GASTROINTESTINAL ☐ N/A ☒ Denies problem

**Abdomen** ☐ soft ☐ flat ☐ non-tender
☐ firm ☐ distended ☐ tender (location)
☐ nausea ☐ vomiting # of times
☐ diarrhea ☐ constipation last BM
**Bowel Sounds** ☐ active ☐ hypoactive ☐ hyperactive
**Pediatrics** ☐ breast-fed ☐ bottle-fed
☐ other:

### GU / REPRODUCTIVE ☐ N/A ☒ Denies problem

☐ burning urination ☐ frequency ☐ urgency
☐ painful urination ☐ retention ☐ incontinent
☐ hematuria ☐ indwelling urinary catheter intact
☐ pregnant # weeks ____ FHT ____
gravida ____ para ____ abortions ____ spontaneous / elective
☐ vaginal bleeding # pads used ____ ☐ discharge ____
☐ other:

### NUTRITIONAL RISK:

☒ no nutrition referral needed.
☐ yes - unintentional weight loss > 10 lbs. in past 3 mo.; cachectic; change in appetite; nausea/ vomiting/ diarrhea for more than 2 days; feeding problems for pediatrics - consult with MD regarding referral to dietitian.

### PLAN OF CARE:

☒ pain - provide comfort and medicate as prescribed.
☒ anxiety - provide comfort and reassurance.
☐ other:

**Assessing RN / LVN:** M Domfrancio, RN **Time:** 0925

### NON-VERBAL PAIN SCALE - (Each category is scored from 0-2, totals up to 10)

Assess patients with spinal cord injury above level of injury; hemiplegics on unaffected side.

| Categories | 0 | 1 | 2 |
|---|---|---|---|
| Face | face muscles relaxed | facial muscle tension, frown, grimace | freq. to constant frown, clenched jaw |
| Restless-ness | quiet, relaxed, normal movement | occ. restlessness movement, shifting positions | freq. restlessness may include extremities. |
| Muscle Tone | normal muscle tone, relaxed | increased tone, fingers & toes flexed | rigid tone |
| Vocalization | no abnormal sounds | occ. moans, cries, whimpers; grunt | freq. moans, cries, grunt |
| Consolability | content, relaxed | reassured by touch or talk; distractible | difficult to comfort by touch or talk |

MRN: Visit: DocType:



Medical Record
20008283580
Patient Name: WOODARD ,ROBERT L M
DOB: 12/06/1952 MRN: 0286428-8
AKA:
ATN: AUERBACH PAUL S.
PMD:

Addressograph or Label - Patient Name, Medical Record Number

STANFORD HOSPITAL and CLINICS
STANFORD, CALIFORNIA 94305

1C

# EMERGENCY DEPARTMENT NURSING RECORD

Page 3 of 4

| Time | B/P | HR | RR | Temp | $O_2$ Sat | $F_iO_2$ | Pain Level/ Site # | Medications / Procedures | Narrative Notes |
|---|---|---|---|---|---|---|---|---|---|
| 0915 | 136/96 | 71 | 14 | 99.(po) | 97 | RA | 10/10 | | Ambulated steady from triage to #1C, placed on cardiac & O2 sat monitor. c/o severe pain (L) chest around to his back. Resident & attending @ BS — MO |
| 0930 | | | | | | | | #18g PIV inserted to (R) forearm, labs drawn. ISTAT CREA = 0.8, Glucose 134 — MO | |
| 0945 | | | | | | | | ~~Morphine~~ Portable CXR done — MO | |
| 0950 | 164/104 | 72 | 13 | | 97 | RA | 10/10 | Morphine 4mg given IVP over 3 minutes — MO | |
| 1000 | 142/87 | 68 | | | 96 | RA | 0/10 "when I don't move" | | Placed on 2L O2 via NC — MO |
| 1015 | | | | | | | | 12 lead EKG complete. Old & new given to resident — MO | |
| 1025 | 152/94 | 64 | 14 | | 100 | 2LNC | 5/10 | Morphine 4mg given IVP over 3 minute — MO | |
| 1030 | | | | | | | | | Resident & attending @ BS for CT insertion |
| 1040 | 159/104 | 67 | 18 | | 100 | 2LNC | 8/10 | #28 FR chest tube inserted, to 20cm water suction via pleuravac — MO | |
| 1045 | 168/104 | 66 | 13 | | 100 | 2LNC | 10/10 | Morphine 4mg given IVP over 3 minute — MO | |
| 1120 | | | | | | | | Portable CXR complete — MO | |
| 1310 | 183/108 | 70 | 13 | — | 99% | 2L NC | 6/10 | 1st contact c pt. c/o pain to (L) lateral rib cage → (L) chest & (L) chest tube area. Speaks full sentence. (R) forearm IV site okay s infil/redness. pain since ED. Report the breath the same. | |

INTAKE / OUTPUT / ARTERIAL BLOOD GAS

| Time | Oral | IV | Blood | Urine | N/G | Emesis | Other | Time | pH | CO2 | HCO3 | O2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

For admitted patient: Report given to ______________________ RN on ______________ unit

Discharge Time: __________ Left ED via ☐ Walking ☐ W/C ☐ Crutches ☐ Carried ☐ Ambulance with ______________

Logicare Discharge Instructions given: ☐ Written Information ☐ Prescription ☐ Interpreter present

Discharge Teaching: ☐ Patient / Guardian verbalized understanding of instructions.

Discharge RN ______________________

Patient Care Nurse's Initials and Printed Name

Primary RN: MO Marcil RN

15-276A (6/04)

MRN: Visit: , DocType:



Medical Record Number 02864288

Patient Name Woodard, Robert

Addressograph or Label - Patient Name, Medical Record Number

STANFORD HOSPITAL and CLINICS
STANFORD, CALIFORNIA 94305

**EMERGENCY DEPARTMENT NURSING RECORD** Page 4 of 4

| Time | B/P | HR | RR | Temp | $O_2$ Sat | $F_iO_2$ | Pain Level Site # | Medications / Procedures | Narrative Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1323 | | | | | | | | Morphine 4mg | slow IV push (R) FA IV over 5 min 3 minutes. (L) chest tube site dressing intact (L) chest tube on continuous -20cm water suction - scant sero sang to (sero sanguineous) thin blood noted on tubing [initials] |
| 1328 | 164/104 | 67 | 12 | — | 99% | 2L NC | 4/10 | (L) chest tube | site pain. Pt reported feeling better. [initials] |
| 1335 | 161/111 | 68 | 15 | — | 98% | 2L NC | | Dr. Grisghy aware | BP pattern since Bid. Pt denies HA, nausea or visual change. No intervention for ↑BP for now per Dr Grisghy [initials] |
| 1343 | | | | | | | | Update report | given to Marianne D RN [initials] |
| 1350 | 160/101 | 64 | 12 | — | 99% | 2L NC | 4/10 | (L) chest (L) chest | tube pain. Pt will be transported to E3. Voided 200ml clear yellow urine [initials] chest tube to water seal suction for transport purpose [initials] |
| 1410 | | | | | | | | Written report | faxed to E3. [initials] |
| 1413 | | | | | | | | May disconnect | pt from -20cm water suction & placed pt on water seal suction for transport purpose. per Dr. Grisghy [initials] |

| INTAKE | | | | OUTPUT | | | (L) chest tube | ARTERIAL BLOOD GAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Oral | IV | Blood | Urine | N/G | Emesis | Other | Time | pH | CO2 | HCO3 | O2 |
| 1350 | | | | 200 | | | | | | | | |
| 1413 | | | | | | | [illegible] 70ml | | | | | |
| | | | | | | | | | | | | |

**For admitted patient:** Report given to ______________ RN on ______________ unit

**Discharge Time:** ________ Left ED via ☐ Walking ☐ W/C ☐ Crutches ☐ Carried ☐ Ambulance with ______________

Logicare Discharge Instructions given: ☐ Written Information ☐ Prescription ☐ Interpreter present

**Discharge Teaching:** ☐ Patient / Guardian verbalized understanding of instructions.

**Discharge RN** ______________

**Patient Care Nurse's Initials and Printed Name**

**Primary RN:** ______________ ______________ ______________ Teresa-Yi [initials]

15-276A (6/04)

MRN: Visit: DocType:



0286428 8 DOB 12/05/1952
WOODARD, ROBERT L
AUERBACH PAUL S

02 000828358 0
Addressograph or Label - Patient Name, Medical Record Number

STANFORD HOSPITAL and CLINICS
STANFORD, CALIFORNIA 94305

1C

# EMERGENCY DEPARTMENT PHYSICIAN'S ORDER RECORD

INITIAL ORDERS

| | Time Done By RN | RN Initials | Req Done By US II | Time Sent By US III |
|---|---|---|---|---|
| ☐ $O_2$ at ______ l/min. ☐ Vent Settings: | | | NA | NA |
| ☑ Cardiac monitor | | | | |
| ☑ ECG and Old ECG | 0910 | ND | NA | NA |
| ☐ $O_2$sat ☐ Continuous ☐ Single check | | | | |
| ☑ Saline lock ☐ IV ______ solution at ______ | | | NA | NA |
| | 0920 | ND | NA | NA |
| ☑ CBC ☑ Cardiac Panel ☐ D-Dimer ☐ Blood Cultures x 2 ☐ Lactate / VBG | 0920 | ND | | 948 |
| ☐ ABG (I-STAT) ☐ Emergency Chemistry (I-STAT) ☐ Creatinine (I-STAT) 0.8 | | | | |
| ☐ Basic Metabolic Panel ☑ Bedside Glucose 134 | 0920 | ND | | |
| ☑ Comprehensive Metabolic Panel ☐ Lipase ☑ PT / PTT | 0920 | ND | | 948 |
| ☐ Urinalysis ☐ Clean Catch ☐ Cath ☐ Urine C+S | | | | |
| ☐ Bedside Urine Qualitative ☐ Serum Quantitative Pregnancy ☐ Serum Qualitative Pregnancy | | | | |
| ☑ Chest ☐ PA/Lat ☐ Portable dx: r/o pneumo | NA | NA | | 935 |
| ☐ CT/Ultrasound (circle) of ______ US to page radiologist on call after hours dx: ______ | NA | NA | | |
| ☐ Other: dx: ______ | NA | NA | | |
| ☐ Other: dx: ______ | NA | NA | | |
| ☐ Diphtheria/Tetanus 0.5ml/IM (x 1) | | | | |
| ☐ Acetaminophen 975 mg PO (x 1) ☐ Acetaminophen Elixir 15 mg/kg/PO (x 1) | | | | |
| ☐ Ibuprofen 800 mg PO (x 1) ☐ Ibuprofen Elixir 10 mg/kg PO (x 1) | | | | |
| ☑ Offer Morphine Sulfate 4 mg q 20 minutes for pain (BP>100, RR>12) (maximum 20 mg). Patient may refuse. | | | | |
| ☐ Aspirin 162 mg PO (x 1) ☐ NTG 0.4 mg SL q 5 minutes x 3 doses max (for SBP > 100 mm Hg) | | | | |
| ☐ Albuterol HHN by RT (2.5 mg/ 3 ml NS) (x 1) ☐ ATROVENT HHN by RT (0.5 mg / 2.5 ml NS) (x 1) | | | | |

2/4/07 0920 EC [signature] Cenedon
Date Time Initials Signature Print Name Pager

ADDITIONAL ORDERS

| Time Order | | MD Initials | Time Done By RN | RN Initials | Req Done By US II | Time Sent By US III |
|---|---|---|---|---|---|---|
| | Please get last night ED chart | EC | | | | |
| 1100 | Portable CXR — CT placement | EC | | | | 1110 |
| 1360 | CT → 20 cm H2O suction | EC, done | | | | |

15-1348 (4/06)

**White** - Medical Records **Yellow** - Department

MRN: Visit: DocType:



STANFORD HOSPITAL AND CLINICS
STANFORD, CALIFORNIA 94305

10

0286428 8 DOB 12/06/1952
WOODARD, ROBERT L M
AUERBACH, PAUL S

02 000828358 0

ED - PRELIMINARY ADMISSION ORDERS

Please complete all applicable orders. Date, time and sign the order form at the end.

ADMIT: ☐ OBSERVATION ☑ INPATIENT

Time Team Paged: ____

Admit to (location): regular bed Admitting Team: Trauma

Admitting Attending: ____ Coree
FIRST NAME LAST NAME

Admitting Resident: ____ Kossi Pager: ____
FIRST NAME LAST NAME

Diagnosis: Pneumothorax

Allergies: ____

☑ None known

## TO BE COMPLETED BY ED PHYSICIANS ONLY

1. Please notify House Officer when patient arrives to unit.
2. If no physician has seen patient within 1 hour of arrival on unit, page Admitting Attending physician.
3. Record vital signs: ☐ every hour ☐ every 2 hours ☐ every 4 hours ☑ every 8 hours
   *(ICU: every hour Monitored units: every 2-4 hours Med-Surg units: every 8 hours)*
4. Cardiac monitor: ☑ No ☐ Continuous
5. Oxygen: ____
6. O2 Saturation: ☐ No ☑ Spot Check ☐ Continuous
7. IV fluids: ☑ Normal Saline (NS) TKO ☐ NS 250 ml, then TKO ☐ NS 500 ml, then TKO
   ☐ Other ____ This order expires 2 hours after admission to unit.
8. IV medication drips: ____
   ____ These orders expire 2 hours after admission to unit.
9. Diet: ☐ NPO ☐ Clear liquid ☐ Full liquid ☑ Regular ☐ NAS ☐ Other ____
   This order expires 2 hours after admission to unit.
10. Activity: ☑ Strict bedrest ☐ Activity ad lib ☐ Bedrest with bathroom privileges
11. ☑ Morphine Sulfate 2-5 mg IV push x1 if needed for pain and RR greater than 12 and SBP greater than 100
    ☐ For additional pain medication orders, please call House Officer

Time Faxed 1102
Time Called 1102
Where E3, 364A
Time Bed 1102

2/4/07 1137
Date Time

____ MD Conobbio ____
Physician Signature Print Name Pager or Dictation Number

Orders entered by: ____ US Orders checked by: ____ RN

15-1758 (12/04) White – Medical Records Yellow – ED

HCI # 2

| ... OF ... L | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| FINAL | 02/11/07 | |
| NP. | | |

**STANFORD MEDICAL CENTER**
PATIENT FINANCIAL SERVICES
File 74431 P.O. Box 60000
San Francisco, CA 94160

**HOSPITAL BILL**

**ITEMIZED STATEMENT OF ACCOUNT**

36
PAGE NO. 1
HOSP. NO

| V S PATIENT NAME | ACCOUNT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| WOODARD ,ROBERT L | 020008283580 | M | | 02/04/07 | 02/06/07 | 2 | 02864288 |

| GUARANTOR NAME AND ADDRESS | | C.O.B. | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| | ROBERT L WOODARD<br>2250 MENALTO ST<br>EAST PALO ALTO,CA 94303 | 1 | V01 HPSM | | |

- **Make Check Payable To:** Stanford Medical Center.
- If you wish to pay by credit card, please complete reverse side.
- Please write the **ACCOUNT NUMBER** on your check and return with the top portion of this statement.

AMOUNT OF PAYMENT $

| DATE OF SERVICE | SERVICE CODE / QUANTITY DESCRIPTION OF HOSPITAL SERVICES | TOTAL CHARGES | PATIENT AMOUNT |
|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | |
| 02/04 | 186 32000259 00001<br>EMERGENCY CARE | 5506.00 | |
| 02/04 | 186 32003071 00003<br>STAT:EA ADD'L IVP SAME DR | | |
| 02/04 | 186 32051385 00001<br>PNEUMOTHO CHEST TUBE | 729.00 | |
| 04 | 186 32051724 00001<br>ECG, 12-LEAD | | |
| '04 | 186 32091522 00001<br>IV PUSH INJECTION | 332.00 | |
| 02/04 | 497 33149659 00001<br>4965DOCUSATE SOD 250MG CA | 1.05 | |
| 02/04 | 497 33153313 00002<br>5331VICODIN TAB | 5.90 | |
| 02/04 | 498 33153313 00002<br>5331VICODIN TAB | 5.90 | |
| 02/04 | 737 33153313 00002<br>5331VICODIN TAB | 5.90 | |
| 02/04 | 497 33158213 00002<br>5821MORPHINE 2MG\\ML SYRIN | 52.35 | |
| 02/04 | 497 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/04 | 498 33158213 00002<br>5821MORPHINE 2MG\\ML SYRIN | 52.35 | |
| 02/04 | 498 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/04 | 497 33158247 00001<br>5824MORPHINE 4MG\\ML SYRIN | 46.85 | |
| 02/04 | 497 33158247 00001<br>5824MORPHINE 4MG\\ML SYRIN | 46.85 | |
| 02/04 | 497 33158247 00001<br>5824MORPHINE 4MG\\ML SYRIN | 46.85 | |

'04 497 33158247 00001 46.85
5824MC

ACCOUNT NUMBER

IMPORTANT - READ REVERSE SIDE

FED. I.D. 77-0465765

For assistance, please contact our Customer Service Center in Palo Alto at (650) 498-7200. If you are calling from outside the 650 area code, please call us at 1-800-333-7491. Our business hours are Monday – Friday 8:00 am – 5:00 pm Pacific time.

PAY THIS AMOUNT

HCI # 2

| OF | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| FINAL | 02/11/07 | |

IP.

**STANFORD MEDICAL CENTER**
PATIENT FINANCIAL SERVICES
File 74431 P.O. Box 60000
San Francisco, CA 94160

**HOSPITAL BILL**

**ITEMIZED STATEMENT OF ACCOUNT**

37

| PAGE NO. | HOSP. NO. |
|---|---|
| 2 | |

| V S PATIENT NAME | ACCOUNT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| WOODARD ,ROBERT L | 020008283580 | M | | 02/04/07 | 02/06/07 | 2 | 02864288 |

| GUARANTOR NAME AND ADDRESS | | C.O.B. | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| | ROBERT L WOODARD<br>2250 MENALTO ST<br>EAST PALO ALTO,CA 94303 | 1 | V01 HPSM | | |

- **Make Check Payable To:** Stanford Medical Center.
- If you wish to pay by credit card, please complete reverse side.
- Please write the **ACCOUNT NUMBER** on your check and return with the top portion of this statement.

AMOUNT OF PAYMENT $

| DATE OF SERVICE | SERVICE CODE / QUANTITY DESCRIPTION OF HOSPITAL SERVICES | TOTAL CHARGES | | PATIENT AMOUNT |
|---|---|---|---|---|
| 02/04 | 099 41004706 00001<br>CHEST 1 VIEW | 371.00 | | |
| 02/04 | 099 41004706 00001<br>CHEST 1 VIEW | 371.00 | | |
| 02/04 | 412 41004755 00001<br>CHEST 2V FRONT + LA | 402.00 | | |
| 02/04 | 099 41010000 00001<br>STAT: PORT XRAY O/R | | | |
| 02/04 | 099 41010000 00001<br>STAT: PORT XRAY O/R | | | |
| 02/04 | 180 56100050 00001<br>S ECG HOSP<br>S ECG Hosp | 327.00 | | |
| 02/04 | 412 58700162 00001<br>CREATININE POC | 26.00 | | |
| 02/04 | 412 58700238 00001<br>GLUCOSE POC | 40.00 | | |
| 02/04 | 820 50393438 00001<br>CBC W/AUTO DIFF | 250.00 | | |
| 02/04 | 820 50500107 00001<br>PROTHROMBIN TIME | 195.00 | | |
| 02/04 | 801 50500206 00001<br>THROMPLAS PTT | 195.00 | | |
| 02/04 | 820 50401546 00001<br>CK-MB | 146.00 | | |
| 02/04 | 820 50402908 00001<br>MAGNESIUM SERUM/PL | 133.00 | | |
| 02/04 | 820 50404524 00001<br>MYOGLOBIN | 108.00 | | |
| 02/04 | 820 50463421 00001<br>TROPONIN T | 105.00 | | |
| 02/04 | 801 50463454 00001<br>METABOLIC PNL COMP | 678.00 | | |
| 04 | 820 50700103 00001 | 28.00 | | |

ACCOUNT NUMBER / PATIENT

IMPORTANT - READ REVERSE SIDE

FED. I.D. 77-0465765

For assistance, please contact our Customer Service Center in Palo Alto at (650) 498-7200. If you are calling from outside the 650 area code, please call us at 1-800-333-7491. Our business hours are Monday - Friday 8:00 am - 5:00 pm Pacific time.

PAY THIS AMOUNT

HCI # 2

| OF | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| FINAL | 02/11/07 | |
| P. | | |

**STANFORD MEDICAL CENTER**
PATIENT FINANCIAL SERVICES
File 74431 P.O. Box 60000
San Francisco, CA 94160

**HOSPITAL BILL**

**ITEMIZED STATEMENT OF ACCOUNT**

PAGE NO. 3
HOSP. NO.

| PATIENT NAME | ACCOUNT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| V S WOODARD ,ROBERT L | 020008283580 | M | | 02/04/07 | 02/06/07 | 2 | 02864288 |

| GUARANTOR NAME AND ADDRESS | C.O.B. | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| ROBERT L WOODARD<br>2250 MENALTO ST<br>EAST PALO ALTO,CA 94303 | 1 | V01 HPSM | | |

- **Make Check Payable To:** Stanford Medical Center.
- If you wish to pay by credit card, please complete reverse side.
- Please write the **ACCOUNT NUMBER** on your check and return with the top portion of this statement.

AMOUNT OF PAYMENT $

| DATE OF SERVICE | SERVICE CODE / QUANTITY DESCRIPTION OF HOSPITAL SERVICES | TOTAL CHARGES | PATIENT AMOUNT |
|---|---|---|---|
| 02/04 | 829 27390236 00001<br>E3 M/S LEVEL III SP<br>ROOM E343 | 5815.00 | |
| 02/05 | 795 33149659 00001<br>4965DOCUSATE SOD 250MG CA | 1.05 | |
| 02/05 | 795 33149659 00001<br>4965DOCUSATE SOD 250MG CA | 1.05 | |
| 05 | 795 33153313 00002<br>5331VICODIN TAB | 5.90 | |
| 05 | 795 33153313 00001<br>5331VICODIN TAB | 5.45 | |
| 02/05 | 795 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/05 | 795 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/05 | 795 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/05 | 795 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/05 | 795 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/05 | 795 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/05 | 796 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/05 | 796 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/05 | 796 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/05 | 796 33158213 00002<br>5821MORPHINE 2MG\\ML SYRIN | 52.35 | |
| 02/05 | 796 33168642 00001<br>6864POTASSIUM CL 10MEQ TA | 7.25 | |
| '05 | 101 41004706 00001 | 371.00 | |

ACCOUNT NUMBER CHEST

**IMPORTANT - READ REVERSE SIDE**

FED. I.D. 77-0465765

For assistance, please contact our Customer Service Center in Palo Alto at (650) 498-7200. If you are calling from outside the 650 area code, please call us at 1-800-333-7491. Our business hours are Monday – Friday 8:00 am – 5:00 pm Pacific time.

**PAY THIS AMOUNT**

HCI # 2

| OF | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| FINAL | 02/11/07 | |
| IP. | | |

**STANFORD MEDICAL CENTER**
PATIENT FINANCIAL SERVICES
File 74431 P.O. Box 60000
San Francisco, CA 94160

**HOSPITAL BILL**

**ITEMIZED STATEMENT OF ACCOUNT**

39
PAGE NO. 4
HOSP. NO

| V S PATIENT NAME | ACCOUNT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| WOODARD ,ROBERT L | 020008283580 | M | | 02/04/07 | 02/06/07 | 2 | 02864288 |

| GUARANTOR NAME AND ADDRESS | | C.O.B. | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| | ROBERT L WOODARD<br>2250 MENALTO ST<br>EAST PALO ALTO,CA 94303 | 1 | V01 HPSM | | |

- **Make Check Payable To:** Stanford Medical Center.
- If you wish to pay by credit card, please complete reverse side.
- Please write the **ACCOUNT NUMBER** on your check and return with the top portion of this statement.

AMOUNT OF PAYMENT $

| DATE OF SERVICE | SERVICE CODE / QUANTITY DESCRIPTION OF HOSPITAL SERVICES | TOTAL CHARGES | PATIENT AMOUNT |
|---|---|---|---|
| 02/05 | 101 41004706 00001<br>CHEST 1 VIEW | 371.00 | |
| 02/05 | 101 41004706 00001<br>CHEST 1 VIEW | 371.00 | |
| 02/05 | 101 41010000 00001<br>STAT: PORT XRAY O/R | | |
| 0 )5 | 101 41010000 00001<br>STAT: PORT XRAY O/R | | |
| 02/05 | 101 41010000 00001<br>STAT: PORT XRAY O/R | | |
| 0_/05 | 978 50393438 00001<br>CBC W/AUTO DIFF | 250.00 | |
| 02/05 | 978 50463447 00001<br>METABOLIC PNL BASIC | 385.00 | |
| 02/05 | 978 50700103 00001<br>VENIPUNCTURE ** | 28.00 | |
| 02/05 | 829 27390236 00001<br>E3 M/S LEVEL III SP<br>ROOM E343 | 5815.00 | |
| 02/06 | 164 18133793 00001<br>TUBING IV IMED PRIMARY 2Y | 50.00 | |
| 02/06 | 840 33147232 00002<br>4723TYLENOL W\\CODEINE #3 | 8.40 | |
| 02/06 | 840 33149659 00001<br>4965DOCUSATE SOD 250MG CA | 1.05 | |
| 02/06 | 840 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/06 | 840 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/06 | 840 33158213 00001<br>5821MORPHINE 2MG\\ML SYRIN | 46.65 | |
| 02/06 | 840 33158213 00002<br>5821MORPHINE 2MG\\ML SYRIN | 52.35 | |

06 840 33158213 00001 46.65
ACCOUNT NUMBER 5821MC

IMPORTANT – READ REVERSE SIDE

FED. I.D. 77-0465765

For assistance, please contact our Customer Service Center in Palo Alto at (650) 498-7200. If you are calling from outside the 650 area code, please call us at 1-800-333-7491. Our business hours are Monday – Friday 8:00 am – 5:00 pm Pacific time.

PAY THIS AMOUNT

HCI # , 2

| OF | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| FINAL | 02/11/07 | |
| IP. | | |

**STANFORD MEDICAL CENTER**
PATIENT FINANCIAL SERVICES
File 74431 P.O. Box 60000
San Francisco, CA 94160

**HOSPITAL BILL**

**ITEMIZED STATEMENT OF ACCOUNT**

40

| PAGE NO |
|---|
| 5 |

| HOSP. NO |
|---|
| |

| V S PATIENT NAME | ACCOUNT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| WOODARD ,ROBERT L | 020008283580 | M | | 02/04/07 | 02/06/07 | 2 | 02864288 |

| GUARANTOR NAME AND ADDRESS | | C.O.B. | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| | ROBERT L WOODARD<br>2250 MENALTO ST<br>EAST PALO ALTO,CA 94303 | 1 | V01 HPSM | | |

- **Make Check Payable To:** Stanford Medical Center.
- If you wish to pay by credit card, please complete reverse side.
- Please write the **ACCOUNT NUMBER** on your check and return with the top portion of this statement.

| AMOUNT OF PAYMENT | $ |
|---|---|

| DATE OF SERVICE | SERVICE CODE / QUANTITY DESCRIPTION OF HOSPITAL SERVICES | TOTAL CHARGES | | PATIENT AMOUNT |
|---|---|---|---|---|
| 02/06 | 311 50393438 00001<br>CBC W/AUTO DIFF | 250.00 | | |
| 02/06 | 311 50463447 00001<br>METABOLIC PNL BASIC | 385.00 | | |
| 02/06 | 311 50700103 00001<br>VENIPUNCTURE ** | 28.00 | | |

ACCOUNT NUMBER T O T A L

**IMPORTANT - READ REVERSE SIDE**

20008283580

PAY THIS AMOUNT

FED. I.D. 77-0465765

For assistance, please contact our Customer Service Center in Palo Alto at (650) 498-7200. If you are calling from outside the 650 area code, please call us at 1-800-333-7491. Our business hours are Monday - Friday 8:00 am - 5:00 pm Pacific time.

PAY THIS AMOUNT

41

"CI' # 2

| OF L | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| 'TNAL | 02/11/07 | |
| NP. | | |

**STANFORD MEDICAL CENTER**
PATIENT FINANCIAL SERVICES
File 74431 P.O. Box 60000
San Francisco, CA 94160

**HOSPITAL BILL**

**ITEMIZED STATEMENT OF ACCOUNT**

| PAGE NO. | HOSP. NO. |
|---|---|
| 6 | |

| V S PATIENT NAME | ACCOUNT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| WOODARD ,ROBERT L | 020008283580 | M | | 02/04/07 | 02/06/07 | 2 | 02864288 |

| GUARANTOR NAME AND ADDRESS | | C.O.B. | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| | ROBERT L WOODARD<br>2250 MENALTO ST<br>EAST PALO ALTO,CA 94303 | 1 | V01 HPSM | | |

- **Make Check Payable To:** Stanford Medical Center.
- If you wish to pay by credit card, please complete reverse side.
- Please write the **ACCOUNT NUMBER** on your check and return with the top portion of this statement.

| AMOUNT OF PAYMENT | $ |
|---|---|

| DATE OF SERVICE | SERVICE CODE / QUANTITY DESCRIPTION OF HOSPITAL SERVICES | TOTAL CHARGES | | PATIENT AMOUNT |
|---|---|---|---|---|
| | SUMMARY OF CHARGES | | | |
| | R&C SEMI PR 2DAYS@ 5815.00 | 11630.00 | 11630.00 | |
| | CENTRAL SUPPLY | 50.00 | 50.00 | |
| | EMERGENCY DEPT | 6567.00 | 6567.00 | |
| | PHARMACY | 1145.45 | 1145.45 | |
| | DIAG RADIOLOGY | 2257.00 | 2257.00 | |
| | CATH/ANGIOGRAPHY | 327.00 | 327.00 | |
| | LAB-BLOOD GAS | 66.00 | 66.00 | |
| | LAB-CLINICAL | 1140.00 | 1140.00 | |
| | LAB-CHEMISTRY | 1940.00 | 1940.00 | |
| | LAB-PARATECHNICAL | 84.00 | 84.00 | |
| | SUB-TOTAL OF CHARGES | 25206.45 | 25206.45 | |
| | OTALS | 25206.45 | 25206.45 | |

ACCOUNT NUMBER
20008283580

IMPORTANT - READ REVERSE SIDE

PAY THIS AMOUNT 0.00

FED. I.D. 77-0465765

For assistance, please contact our Customer Service Center in Palo Alto at (650) 498-7200. If you are calling from outside the 650 area code, please call us at 1-800-333-7491. Our business hours are Monday – Friday 8:00 am – 5:00 pm Pacific time.

PAY THIS AMOUNT