UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT WOODARD,)
)
    Plaintiff(s),)  Case Number: C 09-03331 SBA
)
vs.)  ORDER APPOINTING COUNSEL
)
CITY OF MENLO PARK, et al.,)
    Defendant(s).)
)

FILED
MAY 17 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, **Kristin M. Hall and Peter C. Meier of Paul Hastings LLP**, 55 Second Street, Twenty-Fourth Floor, San Francisco, CA 94105 (telephone 415-856-7000) is hereby appointed as counsel for Plaintiff Robert Woodard in this matter.

The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows: _____

    ☐ other: _____

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: May 17 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT L. WOODARD,

    Plaintiff,

v.

MENLO PARK CITY OF et al,

    Defendant.

Case Number: CV09-03331 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Lee Woodard
2250 Menalto Avenue
East Palo Alto, CA 94303

Dated: May 17, 2012

    Richard W. Wieking, Clerk
    By: Jessie Mosley, Deputy Clerk