PETER C. MEIER (SB# 179019)
petermeier@paulhastings.com
KRISTIN M. HALL (SB# 261187)
kristinhall@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Plaintiff
ROBERT LEE WOODARD

JOHN L. FLEGEL (57010)
NICOLAS A. FLEGEL (229360)
JORGENSON, SIEGEL,
MCCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, California 94025
Telephone: 650/324-9300
Facsimile: 650/324-0227

Attorneys for Defendant
RON VENZON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Robert Lee Woodard,<br><br>    Plaintiff,<br><br>    vs.<br><br>City of Menlo Park, et al.,<br><br>    Defendant. | CASE NO. C 09-3331 SBA<br><br>**JOINT STIPULATION AND ORDER REGARDING DISCOVERY**<br><br>Date: July 5, 2012<br>Dept: Courtroom 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong |

In accordance with Civil Local Rules 6-2 and 7-12, Plaintiff Robert Lee Woodard ("Plaintiff") and Defendant Officer Ron Venzon ("Defendant"), acting by and through their respective counsel of record, hereby submit this stipulated request to amend the Court's scheduling order filed on June 11, 2012 (Docket No. 85) ("Scheduling Order") as follows:

Case No. C 09-3331 SBA

JOINT STIPULATION AND [PROPOSED]
ORDER REGARDING DISCOVERY

1.     Plaintiff requests leave to depose as a fact witness the emergency room physician that treated Plaintiff when he was hospitalized from February 4, 2007 through February 6, 2007 as a result of the events that occurred on the evening of February 3, 2007, which form the basis for this lawsuit.  This discovery is necessary so that Plaintiff may continue to gather facts about the extent of injury suffered as a result of the events of February 3, 2007 and prepare for the upcoming settlement conference and trial.  Defendant does not oppose this request.

2.     Plaintiff requests leave to extend the deadline to exchange Rule 26 reports with Defendant until at least one week prior to the dates scheduled for the expert depositions.  Under the Court's current Scheduling Order, Plaintiff must designate its use-of-force and medical experts no later than 30 days from the filing date of that Scheduling Order.  That deadline falls on July 11, 2012.  Plaintiff therefore proposes to notify Defendant of its choice of medical and use-of-force experts on or before July 11, 2012, and to set an appropriate deadline for exchanging expert reports once those depositions are scheduled.  Plaintiff requests this additional time to complete its Rule 26 reports due to the difficulty it has faced locating and retaining experts on short notice to work under the expedited schedule of this case.  Defendant does not oppose this request.  In turn, Plaintiff will not object if Defendant seeks to designate a rebuttal medical expert.

3.     Plaintiff requests leave to propound no more than five (5) interrogatories on Defendant.  In its Scheduling Order, the Court granted leave for Plaintiff to propound no more than ten (10) document requests, and Plaintiff now believes that a limited number of interrogatories are necessary to supplement those document requests.  Defendant does not oppose this request.

This is the first modification Plaintiff has sought of the Court's Scheduling Order, and the proposed modifications would have no effect on the discovery cut-off of August 10, 2012.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED AS FOLLOWS:**

1. Plaintiff will notice the deposition of the physician that treated Mr. Woodard at Stanford Hospital following the events occurring on February 3, 2007, which form the basis of this lawsuit.

2. On or before July 11, 2012, Plaintiff will provide notice of the use-of-force and medical experts it has retained to provide testimony in this case.

3. Plaintiff will exchange its Rule 26 reports for both experts no later than one week prior to the dates scheduled for the depositions of those experts.

4. Plaintiff will propound no more than five (5) interrogatories on Defendant.

DATED: July 5, 2012        PETER C. MEIER
                           KRISTIN M. HALL
                           PAUL HASTINGS LLP


                           By: _____/s/_____
                                  PETER C. MEIER

                           Attorneys for Plaintiff
                           ROBERT LEE WOODARD

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: July 5, 2012        JORGENSON, SIEGEL
                           McCLURE & FLEGEL, LLP


                           By: _____/s/_____
                                  NICOLAS A. FLEGEL

                           Attorneys for Defendant
                           RON VENZON

## **ORDER**

The Joint Stipulation Regarding Discovery is hereby adopted by this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  7/9/12             _____
                           THE HON. SAUNDRA BROWN ARMSTRONG
                           UNITED STATES DISTRICT COURT JUDGE

Case No. C 09-3331 SBA     -2-    JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY