PETER C. MEIER (SB# 179019)
petermeier@paulhastings.com
KRISTIN M. HALL (SB# 261187)
kristinhall@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:   (415) 856-7000
Facsimile:    (415) 856-7100

Attorneys for Plaintiff
ROBERT LEE WOODARD

JOHN L. FLEGEL (57010)
NICOLAS A. FLEGEL (229360)
JORGENSON, SIEGEL,
MCCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, California 94025
Telephone:   650/324-9300
Facsimile:    650/324-0227

Attorneys for Defendant
RON VENZON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Robert Lee Woodard,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>City of Menlo Park, et al.,<br><br>　　　　　　Defendants. | CASE NO. C 09-3331 SBA<br><br>**JOINT STIPULATION AND ORDER REGARDING EXCLUSION OF EVIDENCE**<br><br>Trial Date:　September 19, 2012<br>Time:　　　8:30 AM<br>Courtroom:　One, Fourth Floor<br>Judge:　　　Hon. Saundra Brown Armstrong |
|---|---|

Case No. C 09-3331 SBA

JOINT STIPULATION AND [PROPOSED]
ORDER RE EXCLUSION OF EVIDENCE

**JOINT STIPULATION**

In accordance with Local Rule 7-12, Plaintiff Robert Lee Woodard ("Plaintiff") and Defendant Ron Venzon ("Defendant") (collectively, "the Parties"), agree and jointly stipulate that neither party shall seek to admit as evidence at trial the written summaries of interviews conducted by the Menlo Park Police Department regarding the events at issue in this lawsuit.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED AS FOLLOWS:**

1. The Parties and their respective counsel shall not seek to admit as evidence at trial the written summaries of interviews conducted by the Menlo Park Police Department regarding the events at issue in this lawsuit, which are Bates numbered as DEF 9 through DEF 14.

DATED: September 7, 2012        JORGENSON, SIEGEL
                                McCLURE & FLEGEL, LLP


                                By:  /s/ Nicolas A. Flegel
                                        NICOLAS A. FLEGEL

                                Attorneys for Defendant
                                RON VENZON

In accordance with Civil L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: September 7, 2012        PETER C. MEIER
                                KRISTIN M. HALL
                                PAUL HASTINGS LLP


                                By:  /s/ Kristin M. Hall
                                        KRISTIN M. HALL

                                Attorneys for Plaintiff
                                ROBERT LEE WOODARD

**[ORDER**

The Joint Stipulation that the Parties and their respective counsel shall not seek to admit as evidence at trial the written summaries of interviews conducted by the Menlo Park Police Department regarding the events at issue in this lawsuit, which are Bates numbered as DEF 9 through DEF 14, is hereby adopted by this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/14/12

*[signature]*
THE HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE