PETER C. MEIER (SB# 179019)
petermeier@paulhastings.com
KRISTIN M. HALL (SB# 261187)
kristinhall@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:     (415) 856-7000
Facsimile:      (415) 856-7100

Attorneys for Plaintiff
ROBERT LEE WOODARD

JOHN L. FLEGEL (57010)
NICOLAS A. FLEGEL (229360)
JORGENSON, SIEGEL,
MCCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, California 94025
Telephone:     650/324-9300
Facsimile:      650/324-0227

Attorneys for Defendant
RON VENZON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Robert Lee Woodard,<br><br>        Plaintiff,<br><br>    vs.<br><br>City of Menlo Park, et al.,<br><br>        Defendants. | CASE NO. C 09-3331 SBA<br><br>**JOINT STIPULATION AND ORDER REGARDING EXCLUSION OF EVIDENCE**<br><br>Trial Date:    September 19, 2012<br>Time:          8:30 AM<br>Courtroom:  One, Fourth Floor<br>Judge:       Hon. Saundra Brown Armstrong |

**JOINT STIPULATION**

In accordance with Local Rule 7-12, Plaintiff Robert Lee Woodard ("Plaintiff") and Defendant Ron Venzon ("Defendant") (collectively, "the Parties"), agree and jointly stipulate that neither party shall seek to admit as evidence at trial the written summaries of interviews conducted by the Menlo Park Police Department regarding the events at issue in this lawsuit.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED AS FOLLOWS:**

1. The Parties and their respective counsel shall not seek to admit as evidence at trial the written summaries of interviews conducted by the Menlo Park Police Department regarding the events at issue in this lawsuit, which are Bates numbered as DEF 9 through DEF 14.

DATED: September 7, 2012            JORGENSON, SIEGEL
                                    McCLURE & FLEGEL, LLP

                                    By: _____/s/ Nicolas A. Flegel_____
                                            NICOLAS A. FLEGEL

                                    Attorneys for Defendant
                                    RON VENZON

In accordance with Civil L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: September 7, 2012            PETER C. MEIER
                                    KRISTIN M. HALL
                                    PAUL HASTINGS LLP

                                    By: _____/s/ Kristin M. Hall_____
                                            KRISTIN M. HALL

                                    Attorneys for Plaintiff
                                    ROBERT LEE WOODARD

1 **[ORDER**

2     The Joint Stipulation that the Parties and their respective counsel shall not seek to admit as
3 evidence at trial the written summaries of interviews conducted by the Menlo Park Police
4 Department regarding the events at issue in this lawsuit, which are Bates numbered as DEF 9
5 through DEF 14, is hereby adopted by this Court.

6

7 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9 DATED: 9/14/12                                        *Saundra B. Armstrong*
                                                       _____
10                                                     THE HON. SAUNDRA BROWN ARMSTRONG
                                                       UNITED STATES DISTRICT COURT JUDGE