UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODARD,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF MENLO PARK, et al.,<br><br>    Defendants. | Case No: C 09-3331 SBA<br><br>**ORDER**<br><br>Docket 147. |

   IT IS HEREBY ORDERED THAT Defendant Officer Ron Venzon ("Defendant") shall file an opposition or statement of non-opposition to Plaintiff Robert Woodard's Administrative Motion Seeking Relief Under Federal Rule of Evidence 611(c) (Dkt. 147) by no later than 2:00 p.m. on September 19, 2012. Defendant's response to the motion shall not exceed five (5) pages.

   IT IS SO ORDERED.

Dated: 9/19/12

                                                                    _____
                                                                    SAUNDRA BROWN ARMSTRONG
                                                                    United States District Judge