PETER C. MEIER (SB# 179019)
petermeier@paulhastings.com
KRISTIN M. HALL (SB# 261187)
kristinhall@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Plaintiff
ROBERT LEE WOODARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODARD,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF MENLO PARK, et al.,<br><br>            Defendants. | Case No. C 09-3331 SBA<br><br>**ORDER PERMITTING EQUIPMENT THROUGH COURTHOUSE SECURITY**<br><br>Trial Date:    September 19, 2012<br>Time:          8:30 a.m.<br>Courtroom:  One, Fourth Floor<br>Judge:         Hon. Saundra Brown Armstrong |

1

2        WHEREAS, this Court has set a jury trial in the above-captioned case, which is scheduled

3  to begin on Wednesday, September 19, 2012 at 8:30 a.m. through Monday, September 24, 2012;

4        WHEREAS, Plaintiff seeks permission to bring into the courtroom two demonstrative

5  exhibits, a projector, projector stand, screen, audio speaker system, computer monitor, document

6  camera, video and power cables, and a laptop computer;

7        WHEREAS Plaintiff seeks permission to have this equipment set up in Courtroom 1 on

8  Tuesday, September 18, 2012 at 4:00 p.m., or such other time that it is convenient for the Court,

9  and remove the equipment at the end of trial, or such other time that is convenient for the Court;

10        GOOD CAUSE APPEARING, IT IS ORDERED THAT Plaintiff is permitted to bring

11  through the courthouse security, the following equipment to the trial in *Woodard v. City of Menlo*

12  *Park et al.*, scheduled for September 20, 2012 at 8:30 a.m. through Monday, September 24,

13  2012, in Courtroom 1: two demonstrative exhibits; projector, projector stand, screen, audio

14  speaker system, computer monitor, document camera, video and power cables, and a laptop

15  computer.

16

17

18  DATED: _9/17/12                             _____
                                                                                   HON. SAUNDRA BROWN ARMSTRONG

19                                                                                         United States District Judge

20

21

22

23

24

25

26

27

28