PETER C. MEIER (SB# 179019)
petermeier@paulhastings.com
KRISTIN M. HALL (SB# 261187)
kristinhall@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Plaintiff
ROBERT LEE WOODARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MENLO PARK, et al.,<br><br>　　　　　　Defendants. | Case No. C 09-3331 SBA<br><br>**ORDER PERMITTING EQUIPMENT THROUGH COURTHOUSE SECURITY**<br><br>Trial Date:　September 19, 2012<br>Time:　　　 8:30 a.m.<br>Courtroom:　One, Fourth Floor<br>Judge:　　　Hon. Saundra Brown Armstrong |

1
2   WHEREAS, this Court has set a jury trial in the above-captioned case, which is scheduled
3   to begin on Wednesday, September 19, 2012 at 8:30 a.m. through Monday, September 24, 2012;
4   WHEREAS, Plaintiff seeks permission to bring into the courtroom two demonstrative
5   exhibits, a projector, projector stand, screen, audio speaker system, computer monitor, document
6   camera, video and power cables, and a laptop computer;
7   WHEREAS Plaintiff seeks permission to have this equipment set up in Courtroom 1 on
8   Tuesday, September 18, 2012 at 4:00 p.m., or such other time that it is convenient for the Court,
9   and remove the equipment at the end of trial, or such other time that is convenient for the Court;
10   GOOD CAUSE APPEARING, IT IS ORDERED THAT Plaintiff is permitted to bring
11   through the courthouse security, the following equipment to the trial in *Woodard v. City of Menlo*
12   *Park et al.*, scheduled for September 20, 2012 at 8:30 a.m. through Monday, September 24,
13   2012, in Courtroom 1:  two demonstrative exhibits; projector, projector stand, screen, audio
14   speaker system, computer monitor, document camera, video and power cables, and a laptop
15   computer.
16
17
18   DATED:  _9/17/12                                   _____
                                                        HON. SAUNDRA BROWN ARMSTRONG
19                                                      United States District Judge