UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ROBERT LEE WOODARD, | Case No. 09-3331 SBA |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| CITY OF MENLO PARK, et al., | |
| Defendants. | |

Having read and considered the papers filed in connection with the motion to dismiss the City of Menlo Park from this action, and having considered Plaintiff's non-opposition to the motion as stated on the record on September 20, 2012, the Court hereby DISMISSES the City of Menlo Park from this action.

IT IS SO ORDERED.

Dated: 9/20/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge