UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF MENLO PARK, et al.,<br><br>　　　　Defendants. | Case No. 09-3331 SBA<br><br>**ORDER** |

　　Having read and considered the papers filed in connection with the motion to dismiss the City of Menlo Park from this action, and having considered Plaintiff's non-opposition to the motion as stated on the record on September 20, 2012, the Court hereby DISMISSES the City of Menlo Park from this action.

　　IT IS SO ORDERED.

Dated:  9/20/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge