CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: 9/21/12

**The Honorable SAUNDRA BROWN ARMSTRONG**

**Clerk:  LISA CLARK**                    Time: 6 hours & 30 minutes

**Court Reporter: RAYNEE MERCADO**

Case No. **09-03331**    Case Name: **ROBERT L. WOODARD** v. **MENLO PARK CITY OF**

Trial Began: **9/20/12**        Trial Ended:

**Trial Motions Heard**:                                            **Disposition**

1. 
2. 
3. 

Other:

 PLAINTIFF'S WITNESSES: ROBERT WOODARD, DR. HAMPTON FULLERTON M.D., LT. ROGER CLARK, DIRECT AND CROSS EXAMINATION OF WITNESSES

Verdict:

Disposition of Exhibits: