1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                            OAKLAND DIVISION
9

10  ROBERT LEE WOODWARD,                    Case No:  C 09-3331 SBA
11          Plaintiff,                      **JUDGMENT**
12      vs.
13  CITY OF MENLO PARK, et al.,
14          Defendants.
15

16      In accordance with the jury verdict in this action,
17      IT IS HEREBY ORDERED THAT final judgment is entered for Defendant Ron
18  Venzon.
19      IT IS SO ORDERED.
20  Dated:  September 28, 2012
                                            _____
21                                          SAUNDRA BROWN ARMSTRONG
                                            United States District Judge
22
23
24
25
26
27
28