JOHN L. FLEGEL (57010)
NICOLAS A. FLEGEL (229360)
JORGENSON, SIEGEL
MCCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone:  (650) 324-9300
Facsimile: (650) 324-0227

Attorneys for Defendant
RON VENZON

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| ROBERT LEE WOODARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF MENLO PARK, MAYOR, ANDY COHEN, THE MENLO PARK POLICE DEPARTMENT, POLICE CHIEF, BRUCE GOITIA, POLICE OFFICER, RON VENZON, ET AL.<br><br>    Defendant.<br>_____/ | CASE NO: CV-09-3331-SBA<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES TO FILE RESPONSIVE BRIEFS TO PLAINTIFF'S MOTION FILED NOVEMBER 13, 2012 (DKT. NO. 181)**<br><br>Dept:   Ctrm. 1, 4th Floor<br>Judge:  Hon. Saundra Brown Armstrong |

Pursuant to the stipulation of the parties, and good cause appearing:  IT IS HEREBY ORDERED, that the Defendant's opposition to the motion filed by Plaintiff (Dkt. No. 181) shall be filed on or before December 7, 2012.  It is also ordered that Plaintiff's reply brief shall be filed on or before January 4, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/19/12

*Saundra B. Armstrong* (signature)
Saundra Brown Armstrong
United States District Judge