PETER C. MEIER (SB# 179019)
petermeier@paulhastings.com
KRISTIN M. HALL (SB# 261187)
kristinhall@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Plaintiff
ROBERT LEE WOODARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODARD,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MENLO PARK, et al.,<br><br>        Defendants. | Case No. C 09-3331 SBA<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(b) AND, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL UNDER RULE 59<br><br>Hearing: January 15, 2013<br>Time: 1:00 PM<br>Courtroom: One, Fourth Floor<br>Judge: Hon. Saundra Brown Armstrong |

Case No. C-09-3331 SBA

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR LEAVE TO
FILE OVERLENGTH MEMORANDUM

1  Having considered the Stipulated Administrative Motion for Leave to File Overlength
2  Memorandum in Support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Renewed
3  Motion for Judgment as a Matter of Law Under Rule 50(b) and, in the Alternative, Motion for
4  New Trial under Rule 59, and finding good cause in support thereof, the Court hereby GRANTS
5  the Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 7, 2013

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Case No. C-09-3331 SBA

-1-

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM