PETER C. MEIER (SB# 179019)
petermeier@paulhastings.com
KRISTIN M. HALL (SB# 261187)
kristinhall@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Plaintiff
ROBERT LEE WOODARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODARD, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MENLO PARK, et al., <br><br> Defendants. | Case No. C 09-3331 SBA <br><br> **[PROPOSED]** ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(b) AND, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL UNDER RULE 59 <br><br> Hearing: January 15, 2013 <br> Time: 1:00 PM <br> Courtroom: One, Fourth Floor <br> Judge: Hon. Saundra Brown Armstrong |

1  Having considered the Stipulated Administrative Motion for Leave to File Overlength
2  Memorandum in Support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Renewed
3  Motion for Judgment as a Matter of Law Under Rule 50(b) and, in the Alternative, Motion for
4  New Trial under Rule 59, and finding good cause in support thereof, the Court hereby GRANTS
5  the Motion.

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10  DATED: __January 7__, 2013  _____
   HON. SAUNDRA BROWN ARMSTRONG
11  United States District Judge