UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODWARD,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF MENLO PARK, et al.,<br><br>   Defendants. | Case No: C 09-3331 SBA<br><br>**ORDER VACATING JUDGMENT AND REFERRING MATTER FOR MANDATORY SETTLEMENT CONFERENCE** |

In accordance with the Court's Amended Order Denying Renewed Motion for Judgment as a Matter of Law and Granting Motion for New Trial (Dkt. 205),

IT IS HEREBY ORDERED THAT:

1. The final judgment (Dkt. 177) entered on September 28, 2012, is VACATED.

2. The Clerk shall reopen the file.

3. This matter is REFERRED to Magistrate Judge Jacqueline Scott Corley for a Mandatory Settlement Conference to take place within 90 days of the date this Order is filed.

IT IS SO ORDERED.

Dated: October 15, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge