UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODWARD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF MENLO PARK, et al.,<br><br>　　　　　Defendants. | Case No: C 09-3331 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties have jointly requested a continuance of the Case Management Conference presently scheduled for November 14, 2013, to a date after the forthcoming settlement conference that Magistrate Judge Corley will conduct on December 16, 2013. Dkt. 208. Good cause appearing,

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for November 14, 2013 is CONTINUED to January 22, 2014 at 2:45 p.m. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file an updated Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.[1] Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: November 7, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] See http://www.cand.uscourts.gov/sbaorders.