UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODWARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF MENLO PARK, et al.,<br><br>　　　　Defendants. | Case No: C 09-3331 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Pursuant to the parties' joint request,

　　　IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for January 22, 2014 is CONTINUED to February 5, 2014 at 3:00 p.m. At least one (1) calendar day prior to the Case Management Conference, the parties shall meet and confer and file an updated Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

　　　IT IS SO ORDERED.

Dated: 1/16/14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge