TODD H. MASTER [SBN: 185881]
tmaster@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:  (650) 365-7715
Facsimile:   (650) 364-5297

Attorneys for Defendant
OFFICER RON VENZON

Exempt from Filing Fees
Pursuant to Government
Code Section 6103

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LEE WOODARD,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MENLO PARK, et al.,<br><br>Defendants. | Case No. C 09-3331 SBA<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[FRCP 41 (a) (1)]** |

  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by Plaintiff ROBERT LEE WOODARD against Defendant RON VENZON and all others is dismissed in its entirety with prejudice

/ / /

/ / /

/ / /

/ / /

/ / /

_____

STIPULATION OF DISMISSAL AND ORDER; Case No. C 09-3331 SBA                              1

pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

                                                  HOWARD ROME MARTIN & RIDLEY LLP

Dated: January 31, 2014                    By: /s/ Todd H. Master
                                                      Todd H. Master
                                                      Attorneys for Defendants


                                                PAUL HASTINGS LLP


Dated: January 31, 2014                    By: /s/ Kristin Hall
                                                      Kristin Hall
                                                     Attorneys for Plaintiff


## ORDER

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: January 31, 2014                                     _/s/ Saundra B. Armstrong_
                                                       Hon. Saundra Brown Armstrong
                                                       United States District Judge

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715